**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**CHARMAINE C. CROOK**

*Plaintiff,*

V.

**FANI T. WILLIS,** in her official capacity and individual capacity; **ALEXANDRIA WARD,** in her official capacity and individual capacity; **YOLANDA MACK,** in her official capacity and individual capacity; **DEBBIE-ANN RICKMAN,** in her official capacity and individual capacity; **MARK H. COHEN,** in his official capacity and individual capacity; **KAMALA HARRIS; UNITED STATES OF AMERICA; STATE OF GEORGIA; MUNICIPALITY OF FULTON COUNTY;FULTON COUNTY POLICE DEPARTMENT; FULTON COUNTY DISTRICT ATTORNEY OFFICE; FULTON COUNTY MAGISTRATE COURT; FULTON COUNTY SUPERIOR COURT; QUALITY CONTROL MUSIC LLC-BLACK FUGEE; QUALITY CONTROL MEDIA HOLDINGS; HYBE AMERICA INC.; PIERRE THOMAS, SCOOTER BRAUN, ORONDE SINKFIELD, KAMALA HARRIS PRESIDENTIAL CAMPAIGN**

Defendants.

**CIVIL CASE NO.:**

1:25-CV-7478

RELATED CIVIL CASE NO.:

***1:24-CV-0793-MHC***

**JURY TRIAL DEMAND**

**COMPLAINT FOR DAMAGES**

# Complaint

**COMES NOW** plaintiff in Propria Personam, Charmaine C. Crook, Pro se files this Second Amended Complaint against Defendants Fani T. Willis, Kamala Harris, Alexandria Ward, Debbie-Ann Rickman, Yolanda Mack, Mark H. Cohen, Oronde Sinkfield, Pierre Thomas, Scooter Braun, Quality Control Music LLC-Black Fugee, Quality Control Media Holdings, Hybe America Inc., Fulton County Police Department, Fulton County District Attorney Office, Fulton County Magistrate Court, State of Georgia, Fulton County Superior Court, Municipality of Fulton County, Kamala Harris Presidential Campaign, and United States of America.

## I. Preliminary Factual Statement

### Parties

1. Plaintiff Charmaine C. Crook is a resident of the State of Georgia, at all relevant times herein the acts and omissions alleged were in the municipal jurisdiction of Fulton County.
2. Defendant Fani T. Willis is a resident of the State of Georgia, at all relevant times Defendant Ms. Willis was acting in her official capacity as a Fulton County District Attorney for the Fulton County Justice Department.
3. Defendant Yolanda Mack is a resident of the State of Georgia, at all relevant times Defendant Ms. Mack was acting in her official capacity as a Fulton County Deputy Assistant District Attorney for the Fulton County Justice Department.
4. Defendant Alexandria Ward is a resident of the State of Georgia, at all relevant times Defendant Ms. Ward was acting in her official capacity as an Investigative Detective for the Fulton County Police Department.
5. Defendant Debbie-Ann Rickman is a resident of the State of Georgia, at all relevant times Defendant Ms. Rickman was acting in her official capacity as a Fulton County Magistrate Judge for the Fulton County Justice Department.

6. Defendant Oronde Sinkfield is a resident of the state of Georgia, at all relevant times herein all acts and omissions committed were in the municipal jurisdiction of Fulton County.
7. Defendant Pierre Thomas is a resident of the State of Georgia, at all relevant times herein Mr. Thomas "CEO" of Quality Control Music LLC-Black Fugee, and as an "employer" for the parent company Hybe America Inc., for its subsidiary co-founded by Defendant Mr. Thomas, Quality Control Media Holdings.
8. Defendant Quality Control Music LLC- Black Fugee is a subsidiary of the parent company defendant Quality Control Media Holdings with a principal place of business located in Atlanta, Georgia. At all relevant times, Defendant was an "employer" of Defendant Pierre Thomas within the meaning of all applicable statutes.
9. Defendant Quality Control Media Holdings is an operating subsidiary under the parent company, Hybe America Inc, with a principal place of business located in Atlanta, Georgia. At all relevant times, Defendant was an "employer" of Defendant Pierre Thomas within the meaning of all applicable statutes.
10. Defendant Hybe America Inc is the parent company of its subsidiary, Defendant Quality Control Media Holdings, at all relevant times herein Defendant Hybe America Inc. Served as the "parent" company of Defendant Quality Control Media Holdings and as "employer" for Defendant Pierre Thomas.
11. Defendant FULTON COUNTY POLICE DEPARTMENT is a governmental law enforcement agency operating within the jurisdiction of Fulton County, GA.
12. Defendant Fulton County DISTRICT ATTORNEY OFFICE is a prosecutorial county governmental agency operating within the jurisdiction of Fulton County, GA
13. Defendant FULTON COUNTY MAGISTRATE COURT, is a county judicial governmental agency operating within the jurisdiction of Fulton County, GA.
14. Defendant Mark H. Cohen is a resident of the State of Georgia, at all relevant times Defendant Mr. Cohen was acting in his official capacity as a Federal Judge for the Northern Georgia District Federal Courts in the Atlanta Division.
15. Defendant State of Georgia is territorial state within the United States of America.

16. Defendant Municipality of Fulton County is a political subdivision in the territorial state of Georgia.

17. Defendant United States of America is the territorial governing body for the state of Georgia.

18. Defendant FULTON COUNTY SUPERIOR COURT is a county judicial governmental agency operating within the jurisdiction of Fulton County, GA.

19. Defendant Kamala Harris, Vice President of the United States of America at all relevant times herein all acts and omissions committed were in the territorial jurisdiction of the United States of America and in the state of Georgia.

20. Defendant Kamala Harris Presidential Campaign at all relevant times herein all acts and omissions committed were in the territorial jurisdiction of the United States of America and in the State of Georgia.

21. Defendant Scooter Braun is a resident of the State of California, at all relevant times herein Mr. Braun "CEO" OF HYBE America Inc. (U.S.), as "employer" of Pierre Thomas and Quality Control Media Holdings.

*Plaintiff Charmaine C. Crook("Ms. Crook") hereby alleges as and for her Complaint against Defendant Alexandria Ward("Ms. Ward"), Defendant "Fulton County Police Department" (together with "Ms. Ward"), Defendant Debbie-Ann Rickman("Ms. Rickman"), Defendant "Fulton County Magistrate Court" (together with "Ms. Rickman"), Defendant Yolanda Mack("Ms. Mack"), Defendant Fani T. Willis("Ms. Willis"), Defendant "Fulton County District Attorney Office" (together with "Ms. Mack" and "Ms. Willis"), Defendant Mark. H Cohen ("Mr. Cohen"), Defendant "United States of America" (together with Defendant "Mr. Cohen", "Ms. Harris", "State of Georgia"), Defendant "State of Georgia" (together with "Ms. Willis" "Ms. Mack" "Ms. Rickman" "Ms. Ward" "FCPD" "FCDAO" "FCMC" "Municipality of Fulton County"), Defendant Oronde Sinkfield("Mr. Sinkfield"), Defendant Pierre Thomas("Mr. Thomas"),(together, Defendants "Quality Control Music LLC- Black Fugee"; "Quality Control Media Holdings"; "Hybe America Inc." together with "Mr. Thomas", "Mr. Braun"), Defendant Kamala Harris("Ms. Harris"), Defendant Kamala Harris Presidential Campaign( together with "Ms. Harris"),*

*Defendant Scooter Braun("Mr. Braun" together with "Quality Control Music LLc- Black fugee" and "Hybe America Inc."), as follows:*

## II. Basis for Jurisdiction

### JURISDICTION AND VENUE

22. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and § 1343, as this action asserts violations of 18 U.S.C. § 242, deprivation of rights under color of law; 18 U.S.C. § 241, Conspiracy against rights., and therefore raises federal questions regarding the deprivation of Plaintiff's rights.

23. Pursuant to 28 U.S.C. § 1391(e)(1), venue is proper in this Court because a substantial part of the events or omissions giving rise to this action, including the intentional and negligent tortious conduct alleged herein, occurred in this district.

## III. Statement of Claim

### Introduction Statement

24. In late 2015 Plaintiff Charmaine C. Crook was at a music video shoot for former rap group Migos, a hip hop rap group signed under the powerhouse Quality Control Music where Plaintiff met Defendant Oronde Sinkfield, who at the time was a studio manager for Quality Control's Music studio. Defendant Sinkfield would invite Plaintiff to Quality Control Studios, parties, clubs, gatherings, or out to other entertainment industry events throughout the years.

25. In 2018 [EXHIBIT "F" filed with original complaint] Defendant Oronde Sinkfield was involved in a shooting where he shot at a family's car multiple times while there was an adolescent child inside the vehicle. There were no serious injuries. He was charged with aggravated assault, possession of a firearm by a convicted felon, possession of a firearm and discharging a firearm on a city street. For this incident Defendant Mr. Sinkfield wanted representation from Defendant Fani T. Willis, who was a criminal defense attorney at the time, which who also advised him she could get him off. Defendants Mr. Sinkfield and Mr. Thomas declined to sign Defendant Ms. Willis contract because it was decided she should become Fulton District Attorney. Defendants Mr. Thomas and Mr.

Sinkfield then went on to hire Nathan Wade to represent Mr. Sinkfield. In March 2021, Defendant Ms. Willis, as a District Attorney, made it possible for the Defendant Sinkfield to be sentenced to only two years' probation for the 2018 Milton shooting incident. This allowed Defendant Sinkfield to remain out in society instead of being incarcerated for the habitual violent actions and behavior committed by him.

26. In October of 2022, Defendant Sinkfield raped the Plaintiff, by wrestling and forcefully holding and pinning her down. When Charges were brought forth against the Defendant Sinkfield, in March 2023, Officials within the Fulton County Justice Department all came together to assist in aiding and abetting a criminal all as accessory after the fact.

27. Defendant Oronde Sinkfield, a convicted felon, constantly commits violent crimes and acts out violently with no consequences. He can shoot at someone out of road rage, he can shoot into a car with an adolescent child inside, he can beat women, he can do whatever he wants, he can even rape a woman and its okay. With Defendant Fani T. Willis, Defendant Sinkfield's former legal advisor, he knows he can do anything he wants with Defendant Pierre Thomas as his benefactor. Defendants Mr. Thomas uses Defendant Fani Willis for her "inside" capabilities to eliminate enemies, competition, and elude any crimes committed by his affiliates. Defendant Fani T. Willis, for her assistance and commitment she receives personal gains and advancement in status in society which results are in Economic gains and Political strategic movement and placement for all conspirators involved.

28. Including Defendant Kamala Harris and the Harris Campaign which who has ran a campaign off Plaintiff Ms. Crook's personal pain, story, and trauma. Defendant Ms. Harris' falsely advocated on behalf of women and women reproductive rights. With a pleather of public statements about the matter, Abortion Bans at 6 weeks in the state of Georgia came at a very coincidental time when Ms. Crook was seeking to end a forced pregnancy, and coincidentally the Georgia Supreme Court ruled the ban to be unconstitutional after Ms. Crook posted a video via her *Instagram* of Defendants Ms. Ward and Mr. Sinkfield in the act of creating the false narrative that Ms. Crook was filing a police report to scapegoat leaving the state to receive abortion services. Defendant Ms. Harris and the Harris Campaign benefited from depriving Ms. Crook of her rights and liberties by taking advantage of the crimes committed against Ms. Crook and they

continued to attempt the furtherance of their collective agenda, to defraud the United States of America and to interfere and overthrow elections.

29. Defendant Scooter Braun, CEO of the Corporation Hybe America Inc., that was listed in the original complaint, used his contractual power to manipulate and coerce support to further the continuance of the crimes being committed against Ms. Crook.

30. Ms. Crook's Justice keeps being evaded due to friends helping friends that goes all the way up the political ladder, throughout the "DOJ", and social ladder. Ms. Crook's life has been turned completely upside down and flip inside out. Plaintiff Charmaine C. Crook had built her life up through hard work and long hours. She has lost all her hard work. Ms. Crook's credit has suffered terrible damage. Ms. Crook's income has suffered irreparably. Ms. Crook's relationship with her family has suffered permanently. Ms. Crook's independence, safety, security, self-esteem, and livelihood has all suffered beyond measure. Five women perpetrating to be for women's rights, safety, and advancement in society have played a part in the injustice Ms. Crook has had to endure and experience. Ms. Crook's perception of the governmental powers and this world can never be the same and will never be the same.

31. The Plaintiff Ms. Crook had to endure the psychological torment of Kamala Harris and the Harris Campaign running the 2024 Presidential campaign off women reproductive rights. In reality, with all the necessary facts and/or proof, they used women reproductive rights in assisting a rapist flee prosecution. They Used Ms. Crook's pain and trauma to benefit and to advance up the societal ladder. As stated by Defendant Yolanda Mack, They studied and learned Ms. Crook's behavior and story, and now we can see that as they implemented their findings into podcast interviews and speeches.

## Additional Introduction Statement

## IV. FACTUAL ALLEGATIONS

**["EXHIBITS" (H-W) TO BE PROVIDED AS NEEDED]**

32. On 3/02/2023 [EXHIBIT "A" filed with original complaint] a report was made that Plaintiff had been raped by Defendant Oronde Sinkfield with the Fulton County Police Department.

33. On 03/06/2023 [EXHIBIT "B" filed with original complaint] after not hearing from Defendant Detective Alexandria Ward, the Plaintiff called Defendant Ms. Ward. She

scheduled the interview for 03/14/2023, the Plaintiff asked why so long away. Defendant Ms. Ward advised she was busy with court and other things. Plaintiff Asked for resources and where and how to give DNA evidence. She stated she would get back with the plaintiff on that.

34. 03/06/2023 [EXHIBIT "B" filed with original complaint] Defendant Detective Ward spoke with Defendant Oronde Sinkfield and set an appointment for 03/08/2023.

35. 03/08/2023 In the interview with Defendant Oronde Sinkfield, Defendant Detective Ward plotted to form false narratives and accusations against the Plaintiff. Detective Ward informed the Defendant Oronde Sinkfield with key information about the investigation that thwarted the case. Defendant Ms. Ward told Defendant Mr. Sinkfield, that the Plaintiff Ms. Crook, hadn't been to the doctor and that she, Defendant Ms. Ward, thinks the plaintiff was just claiming rape to get abortions services. Defendant Sinkfield was not aware the pregnancy still existed because the Plaintiff Ms. Crook had let him and his mother, Louise Sinkfield, know that she was terminating the rape child Defendant Sinkfield had forcibly put inside of her. In the recorded interview, Defendant Sinkfield admitted plaintiff Ms. Crook always let it be known that they were just friends and nothing more and that plaintiff was always clear about that. Defendant Mr. Sinkfield admitted to initiating the sex with Plaintiff even after Plaintiff Ms. Crook allegedly repeatedly kept stating, "we're just friends, that's it, we just friends.", and that "she would've said No! Stop! Get Off Me!" The Plaintiff's exact words were, "No! Stop! Get Off Me!"

36. 03/14/2023 [EXHIBIT "C" filed with original complaint] interview with Defendant with Ms. Ward, she still did not advise Plaintiff that Defendant Oronde Sinkfield had been contacted or spoken with, refused DNA evidence of a jacket left on mailbox morning of the Defendant Sinkfield's interview on 03/08/2023. She Did not inform the Plaintiff on how to get or give DNA evidence and advised the Plaintiff she would get back with her on that. Defendant Detective Ward was given a copy of papers Plaintiff obtained from abortion services that failed 12/2022 that also stated pregnancy was from force, along with the time of conception and gestation age.

37. 03/21/2023 [EXHIBIT "B" filed with original complaint] [EXHIBIT "C" filed with original complaint] The Plaintiff texted Defendant Ms. Ward what to do with evidence

because she was at the clinic and was beginning her 3-day procedure. Defendant Detective Ward called and advised the plaintiff DNA was not needed and charges were being pursued against Defendant Oronde Sinkfield and all they needed was him to admit to the ACTUAL ACT OF SEX. Plaintiff Ms. Crook Argued with Defendant Ward that she was ruining the case and that she, Plaintiff Ms. Crook did need it. Detective Ward continued to advise Plaintiff charges were being pressed and it was not needed because he admitted to the act and, "that he "Defendant Mr. Sinkfield", had told her "He would pay you, "Plaintiff", for the baby." Plaintiff Asked Defendant Ms. Ward again how and what to do to go about getting evidence to them because Plaintiff needed it for court. Defendant Ms. Ward went on to state, "Ms. Crook, again, it is not needed, he admitted to the act, that is all we needed to go further with the charges." Highly Upset, Plaintiff hung up the phone on Defendant Ms. Ward and without any further delay, Plaintiff destroyed and ended the tortious thing that had been violating her day in and day out, internally, and externally, that was stealing her flesh and DNA.

38. 06/12/2023 [EXHIBIT "B" filed with original complaint] Plaintiff reached out via text to Defendant Ms. Ward to see what was going on with the case because she had not heard from her after she said charges were being pressed on 3/21/2023. Text message did not go through, and the Plaintiff called. Plaintiff was blocked.

39. 06/14/2023 Plaintiff went to Fulton County Police Department, to speak with Defendant Ms. Ward. She was not in the office. Front desk personnel gave the Plaintiff case status unfounded due to insufficient evidence and those charges were not being pressed. CID Sgt Anthony Cutroneo advised Plaintiff she could file an application for a warrant for the Defendant Oronde Sinkfield to be arrested.

40. 06/16/203 after leaving Fulton County Police Department Precinct Defendant Detective Ward called Plaintiff. She advised the Plaintiff a letter was sent to the Plaintiff's address but could not tell the Plaintiff when. When confronted about being told charges were being pressed Defendant Detective Ms. Ward denied any claims of telling Plaintiff Ms. Crook that and went as far to suggest Ms. Crook heard wrong. When asked what day the case status went unfounded, Defendant Detective Ward refused any response. Plaintiff Asked Defendant Ward for ALL case information, interviews, and fact findings. Plaintiff

was told by Defendant Ms. Ward to go through open records and to not contact her anymore.

41. 08/07/2023 [EXHIBIT "D" filed with original complaint] The Plaintiff went to Defendant Fulton County Police Department precinct and left a complaint for CID Sgt Anthony Cutroneo about Defendant Detective Alexandria Ward's behavior and interference. Plaintiff received no response from Sgt Cutroneo.

42. 08/09/2023 court hearing for warrant application. Defendant Judge Debbie-Ann Rickman began the court hearing against Defendant Sinkfield asking and insinuating he has allegations he would like to bring against the Plaintiff. Defendant for the second time, on the record, told Defendant Rickman he does not have any allegations to bring against the Plaintiff Ms. Crook. Defendant Rickman when presented with facts of interference, negligence and the aiding and abetting a criminal as an accessory after the fact from Defendant Ms. Ward, Defendant Ms. Rickman disregarded all information as if no one did anything wrong. Plaintiff tried to present evidence that the Defendant Mr. Sinkfield was guilty, but it was declined. Defendant Rickman advised Plaintiff she wasn't (not verbatim) "prosecuting anyone her DA not prosecuting," Plaintiff advised Defendant Debbie-Ann Rickman that she hasn't even spoken to the DA or anyone from the district attorney's office at any point and asked Defendant Debbie Rickman "Why are y'all protecting him" Plaintiff was then told to go to the Fulton County District Attorney's office at location… a Reset was made for a later date.

43. 08/09/2023 Plaintiff called the Defendant Fulton County District Attorney's office and left a voicemail to be called back.

44. [EXHIBIT "H"] Open Records request for court hearing with Rickman not received/given excuse.

45. 08/10/2023 [EXHIBIT "E" filed with original complaint] Plaintiff went to the Defendant Fulton County District Attorney's office to speak with Defendant ADA Yolanda Mack. She was unavailable. Plaintiff Left a message with the front desk personnel. Plaintiff Ms. Crook sent Defendant Ms. Mack an email with more evidence and complaints about Defendant Detective Alexandria Ward interfering with the investigation and proof from the non-fact finding that was done. Defendant Ms. Mack never responded. Plaintiff Also called and left another voicemail.

46. 06/23/2023 [EXHIBIT "I"] Defendant Fani T. Willis receives $2 million rape kit grant

47. 10/16/2023 court hearing reset for arrest warrant application. Defendant Judge Debbie-Ann Rickman continued to be willfully blind of the official's behavior regarding Plaintiff's case. Plaintiff advised Defendant Debbie Rickman that Defendant Ms. Mack has not responded and how the plaintiff felt as though she was being silenced and ignored. Plaintiff even stated she knows that the Defendant Sinkfield is being protected. Defendant Ms. Rickman advised Plaintiff to go back to Fulton County District Attorney's office. Plaintiff Ms. Crook asked Defendant Debbie Rickman if she could put a court order for the District Attorney to speak with her, she refused, after once again letting the Defendant Ms. Rickman know, the Plaintiff stated again she already tried to speak with someone by leaving two voicemails, going to the office, and leaving a note with the front desk personnel, and sent an email and still no response. Ms. Crook even asked Defendant Judge Debbie-Ann Rickman, "don't you think it's questionable behavior for the investigative detective to interfere with an active investigation?" Defendant Rickman's response was, "could be," as she continued to willfully remain blind and negligent to the facts of unethical behavior.

48. 10/16/2023 Plaintiff went to Fulton County District Attorney's office after the court hearing, waited and spoke with Lateeka Montgomery about events that had taken place regarding the handling of her case and the incident itself. Mrs. Montgomery advised Plaintiff she would get her in touch with Defendant Ms. Mack.

49. 10/17/2023 Lateeka Montgomery reached out via text and email to Plaintiff with resources for mental health and that when Defendant Ms. Mack could schedule Plaintiff Ms. Crook for an in-person interview, she would let her know.

50. 11/14/2023, Plaintiff's meeting with Defendant Yolanda Mack. Defendant Ms. Mack, continued to be negligent and began to blame Defendants Fulton County Police for the mishandling of the Plaintiff's case and would not give reason as to why proper procedures were disregarded, or as to why the case file was not in their system. The Defendant Ms. Mack gave no acknowledgement of the plaintiff's email she had sent (August 2023) to her with complaints and evidence for the crime that was committed on the Plaintiff. Defendant Ms. Mack was condescending towards Plaintiff throughout the meeting and continued to be negligent and intentional in her infliction of emotional

distress upon Ms. Crook. The Plaintiff's meeting with Defendant Yolanda Mack ended with Defendant Ms. Mack asking what Ms. Crook would like, The Plaintiff's response was the death penalty sentence be given to Defendant Mr. Sinkfield and that Defendant Ms. Ward be arrested and charged for accessory after the fact, Defendant Yolanda Mack advised Ms. Crook that she would reach back out to her after she had spoken to Defendant Ms. Ward. Plaintiff Ms. Crook has not heard back from Defendants Yolanda Mack or anyone from the district attorney's office.

51. 11/16/2023 Cassie v Diddy lawsuit announced.
52. 12/22/2023 [EXHIBIT "J"] "GA Dept of Labor" and "OSHA" refusal to release unemployment benefits Appeal hearing against Uber.
53. 12/2023 Defendant Ms. Mack meets with "The Stonecrest Podcast" for interview and to promote her Dekalb County Judge candidacy where Defendant Yolanda Mack is also seen and heard saying "what we're learning now with victims," and "things you can provide to help," and Defendant Ms. Mack also discussed the "Cassie v. Diddy" situation.
54. 02/22/2024 Plaintiff's Filing of original Complaint with the Georgia Northern District Courts clerk.
55. 03/01/2024 [(order #5) order reassigning case] Defendant Mark H. Cohen received civil action file number 01:cv-24-00793 after Honorable Amy Totenberg declined the case.
56. 03/18/2024 [order #6) submission of motion to seal] submission went in for "motion to seal" so the plaintiff's personal identity, address, and contact information could be sealed and as well as the relief amount.
57. 03/25/2025 Sean "Diddy" Combs property raids in NYC, MIA, and LA.
58. 04/04/2024 [ order #6) motion for recusal] Plaintiff filed "motion to recuse" Defendant Mark H. Cohen for his inactiveness and because of the perception of his actions exemplifying and eventually showing impartiality, bias, and incompetency.(Ms. Crook's address, email, and full name can still be seen by the public as of: 11/13/2024)
59. 04/10/2024 [ order #7) order dismissing complaint as frivolous pursuant 28 U.S.C. s 1915(e)(2)] Defendant Mark H. Cohen responds with a speedy denial of motions incompetently and a termination of case after being silent/inactive for thirty (30) plus days.

60. 04/10/2024 [ order #9) order by Charmaine C. Crook for reconsideration] Plaintiff files first "motion for reconsideration"
61. 04/17/2024 [ order #10) order denying Motion for reconsideration by Judge Mark H. Cohen …
62. 05/03/2024 [(order #11) Plaintiff files a second motion for reconsideration] Plaintiff filed second "motion for reconsideration (page 5 not included in pleadings) [(EXHIBIT "G") PAGE 5 That was not included]
63. 05/06/2024 [EXHIBIT "K"] Defendants Pierre Thomas's Adult Nightclub "Onyx" robbery for $250k. Plaintiff speculates this was done so Defendants Pierre Thomas and Oronde Sinkfield could make a large payment to the listed individuals. Mr. Thomas robbed his own club so he could file an insurance claim for them to continue the conspiracy against the plaintiff Ms. Crook's rights.
64. 05/06/2024 [EXHIBIT "L"] Nathan Wade interview. [SPECULATION (Done to prepare the connection between them all just in case Ms. Crook would be vigilant enough to file an appeal. That would make it possible to subpoena the sealed records of Mr. Sinkfield's criminal history and specifically the file to his plea that was taken in March 2021. The file is one of the only missing pieces and the hard proof on Fani T. Willis and a more sinister link between Mr. Nathan Wade.]
65. 05/06/2024 [EXHIBIT "M"] Defendant Fani T. Willis receives campaign endorsement from Big Bethel AME Church, a historic church in Atlanta, GA.
66. 05/07/2024 [(#12) order denying second motion for reconsideration by Mark H. Cohen "motion denied". In this motion Ms. Crook advised Mr. Cohen that his statements don't change the fact. A fact is a fact, and a fact can't be changed. Along with making it aware that the said actions are on visual recording and any denial and or disregard to that fact is indeed also a conspirator. He didn't care. He sees no wrong in a man violating a woman and her boundaries. Defendant Mark H. Cohen feels it okay if you cover these crimes up if you have friends in high places, that can pay their way for their wicked and disgusting actions, and it doesn't matter if you are under oath. Mr. Cohen feels it's okay to commit crimes if you're a government official. You'll be immune for all criminal activity or any crime committed. Mr. Cohen will be on your side, turn a blind eye whenever you call, and especially if the price is right.

67. Dates 05/07 – Plaintiff files 1st amended complaint.
68. May or June 2024- First Jury Duty Notice arrives.
69. 06/18/2024 [EXHIBIT "N"] Defendant Kamala Harris attends "Rocket Foundation" event in memorial of the slain Hip Hop Artist "Takeoff" and speaks with "Quavo".
70. 07/04/2024 [EXHIBIT "O"] Kamala Harris Named as 1 of 5 women on "Instagram."
71. 07/13/2024 [EXHIBIT "P"] Trump assassination attempt.
72. 07/18/2024 [EXHIBIT "Q"] Kamala Harris announces she is taking Joe Biden's Presidential running candidacy spot. "The Kamala Coup".
73. [EXHIBIT "R"] August 2024, Fulton County Superior court sent another harassing Jury Duty service request and jury duty contempt charges. Plaintiff emailed response/phone call
74. August 2024 [EXHIBIT "S"] Defendant Tony West, as "Chief Legal Officer" and "Secretary" at "Uber, takes a non-paid leave to serve as legal advisor for Defendant Kamala Harris' Harris Presidential Campaign.
75. 09/13/2024 [EXHIBIT "T"] filed Judicial complaint with the Georgia Judicial Committee against Judge Mark H. Cohen
76. 9/16 [EXHIBIT "U"] Sean "P. Diddy" Combs arrest
77. 09/16/2024 [EXHIBIT "V"] Plaintiff found out Defendant Pierre Thomas had blocked his Instagram.
78. 9/21/2024 [EXHIBIT "W"] Quavo speaks at Kamala Harris' Atlanta, Ga rally, endorsing and supporting Harris.
79. End of October-November 2024 Harris Campaign sent 5 individuals to my home at… within a two-three week period and 4 out of the 5 I personally told to not come back to my residence. HARRASSMENT/ intentional infliction of emotional distress and the reason why. I had been raped and Kamala Harris is protecting everybody involved.
80. 11/06/2024 Kamala Harris speech conceding
81. Within a week after Defendant Kamala Harris's epic defeat in the 2024 Presidential Election, reports and facts of possible money laundering activities began circulating news sources. Receipts of over 1 billion dollars spent and $20 million in debt by the defendants campaign.

## V. Statement of Claim

82. Defendant Pierre Thomas uses his influence, power, and authority as a Media Mogul CEO to sway circumstances in his favor. As the benefactor of how the Plaintiffs Rape case was disregarded and neglected by the Defendants in various positions within the "DOJ". Defendant Mr. Thomas aided and abetted as an accessory after the fact, for his cousin, Defendant Oronde Sinkfield to get away with the Aggravated Sexual Abuse committed on the Plaintiff Ms. Crook. Defendant Pierre Thomas intentionally inflicted pain and suffering and emotional distress onto the plaintiff within the meaning of conspiracy against rights, obstruction of criminal investigations, slander, libel, and torture. The Plaintiff suffers and will continue to suffer indefinitely from the dehumanization and the attempted enticement into slavery she has endured.

83. Defendant Oronde Sinkfield raped and tortured the Plaintiff, instead of the Plaintiff receiving proper procedural methods and justice, Defendant Mr. Sinkfield has been able to flee criminal prosecution for yet another serial violent crime. The Defendant intentionally inflicted pain and suffering and emotional distress onto the Plaintiff within the meaning of aggravated sexual abuse, slander, libel, torture, conspiracy against rights, attempted forced servitude, theft of the flesh, and bribery. The plaintiff suffers and will continue to suffer indefinitely from the dehumanization and the attempted enticement into slavery she has endured.

84. Defendant Ms. Ward as an accessory after the fact, under color of law sat and plotted with Defendant Oronde Sinkfield to create a false narrative, false accusations, how to retaliate, interfered with an active investigation and gave vital information away that thwarted the active rape investigation Plaintiff Ms. Crook was undergoing with the Fulton County Police Department. Defendant Ms. Ward intentionally inflicted pain and suffering and emotional distress onto the plaintiff within the meaning of deprivation of rights under color of law, obstruction of criminal investigations, deprivation of relief benefits, negligence, slander, libel, torture, and bribery. The Plaintiff suffers and will continue to suffer indefinitely from the dehumanization and the attempted enticement into slavery she has endured.

85. Defendant Debbie-Ann Rickman as an accessory after the fact, under color of law deprived Plaintiff of her rights by her "ex-parte" communications in attempts to influence and insinuate Defendant Oronde Sinkfield to bring any false allegation forth so that the

Plaintiff could be arrested and to instill fear in hopes that Plaintiff Ms. Crook pursuit for justice would end. Defendant Ms. Rickman continued to act under color of law on behalf of Defendant Mr. Sinkfield when factual evidence was provided on the handling of events. Defendant Ms. Rickman had more than probable cause to administer justice but acted under color of law to be willfully blind and negligent of Defendant Mr. Sinkfield and of the official's actions in her jurisdiction by her intentional infliction of pain and suffering and emotional distress. The plaintiff suffers and will continue to suffer indefinitely from the dehumanization she has endured.

86. Defendant Yolanda Mack aided and abetted as an accessory after the fact, under color of law, by her willful negligence and inactiveness in intentionally inflicting pain and suffering and emotional distress onto the Plaintiff Ms. Crook. Defendant Ms. Mack learned from Ms. Crook and instead of prosecuting Defendant Sinkfield, she went to do various podcasts interviews where she discussed what she learned about victims. The Plaintiff suffers and will continue to suffer indefinitely from the dehumanization and violation of rights she has endured.

87. Defendant Fani T. Willis assisted in the aiding and abetting as an accessory after the fact for Defendant Oronde Sinkfield and Pierre Thomas, under color of law by depriving the Plaintiff of her rights. Coercing and then implementing assistance from the Defendants Alexandria Ward, Debbie Rickman, and Yolanda Mack to also act out under color of law to deprive Ms. Crook of her rights. All parties involved, as an accessory after the fact, conspired together for Defendant Mr. Sinkfield not to be charged for the aggravated sexual abuse committed on the Plaintiff Ms. Crook. Defendant Fani T. Willis' willful blindness, negligence, and personal interest are the culprit. Together Defendants Pierre Thomas and Fani T Willis are helping one another facilitate their personal interest and desires to rise in status in society.

88. Defendants Mark H. Cohen under color of law, as a federal Judge, conspired and took action to protect the officials within the Fulton County Justice Department that were listed as defendants in the original Complaint filed. Defendant Mr. Cohen chose to be willfully blind, negligent, and incompetent in his handling of case number 1:cv-24-00793. For personal gain and a common interest, Defendants Mr. Cohen intentionally obstructed justice for Defendants Fulton County Police Department's Detective

Alexandria Ward, Fulton County Magistrate Judge Debbie-Ann Rickman, Fulton County Deputy District Attorney Yolanda Mack, and for Fulton County District Attorney Fani T. Willis.

89. Defendant Kamala Harris Political quest has years of patterns that have resulted in a cycle of corruption, bribery, money laundering, and countless avoidable tragedies. Defendant Ms. Harris, with the assistance of a group of Individuals, some under color of law, and others in prominent positions in society. All have collectively came together to benefit off Plaintiff's Ms. Crook's Pain, Trauma, Story, and her Injustices. Defendant Ms. Harris is one of the many other individuals who have hid the cognitive condition of President Joe Biden from the masses. Defendant Harris along with others known and unknown individuals have used their positions unethically, unlawfully, and incompetently. Defendant Ms. Harris is the reason as to why the Fulton County Officials and Federal Judge Defendant Mark H. Cohen could have caused such atrocities and damages to Plaintiff Ms. Crook. Defendant Ms. Harris intentionally inflicted pain and suffering and emotional distress onto the plaintiff within the meaning of deprivation of rights under color of law, obstruction of criminal investigations, deprivation of relief benefits, negligence, harassment, and torture. The Plaintiff suffers and will continue to suffer indefinitely from the dehumanization and the attempted enticement into slavery she has endured.

90. Defendant Scooter Braun, CEO of Hybe America Inc., (U.S.) used his position as CEO to interfere and obstruct Justice. Defendant Mr. Braun's endorsement into Defendant Kamala Harris Presidential campaign and his manhandling of his biggest artist, [ex: Taylor Swift], into also endorsing Kamala Harris to avoid the civil and criminal liability that would follow such actions Plaintiff Ms. Crook has brought forth. Defendant Mr. Braun intentionally inflicted pain and suffering and emotional distress onto the plaintiff within the meaning of conspiracy against rights, obstruction of criminal investigations, and torture. The Plaintiff suffers and will continue to suffer indefinitely from the dehumanization and the attempted enticement into slavery she has endured.

91. Defendant Tony West (Derek Anthony West), Defendant Kamala Harris' Brother-in-law, both have a pattern and a cycle of colluding with one another to use their positions to personally benefit and advance. Defendant Mr. West has caused intentional emotional

distress and pain and suffering onto Plaintiff Ms. Crook and can be found as a source as to why Ms. Crook has suffered other monetary damages that are omitted. Defendant Mr. West has assisted in the violation of the Plaintiffs Survivor rights and her Victim Bill of Rights. Defendant Mr. West intentionally inflicted pain and suffering and emotional distress onto the plaintiff within the meaning of conspiracy against rights, deprivation of rights, deprivation of relief benefits, and torture. The Plaintiff suffers and will continue to suffer indefinitely from the dehumanization and the attempted enticement into slavery she has endured.

92. Together under color of law, officials within the Fulton County Justice Department conspired together to help a rapist flee prosecution, everyone for their own personal interest and gain aided and abetted as an accessory after the fact.

93. There was a cultivation of false narratives and accusations. Implementations of retaliation were brought against the Plaintiff Charmaine C. Crook, with threats of arrest, the denial of in-state health care access, and by knowingly and intentionally delaying the destruction and end to the tortious rape child that was violating and torturing Ms. Crook mentally, physically, and spiritually. Plaintiff Charmaine C. Crook was also met with delay in the procedural process to prevent the end of the rape child that was stealing the Plaintiff Ms. Crook's flesh and DNA. When the officials thought the civil action was over, they sent Plaintiff Ms. Crook Jury Duty notices. Ms. Crook has been met with threats of contempt of court charges for being too mentally unstable to serve as a juror due to the gross negligence and attacks she has been under.

94. On March 17, 2025, Ms. Crook was subjugated to additional distress by being wrongfully detained and held against her will for 11 days by Grady Memorial Hospital on the "State's" behalf where she was under medical cruelty in order to make her say "her assault was just a hallucination" and to silence her.

95. October 2, 2025 Ms. Crook hand delivered and emailed a demand letter to Fulton County Police Department and Captain Rochelle Alexander demanding the arrest of Oronde Sinkfield, Alexandria Ward, Yolanda Mack, and Fani Willis for all their involvement in the conspiracy against her rights and a $33,000.00 invoice for Defendant Alexander's intentional gross negligence, intentional infliction of emotional distress, continued conspiracy against her rights. Ms. Crook also advised if the demands listed could not be

met by 10/16/2025, then Rochelle Alexander would be added to civil complaints and that the demanded amounts would be tripled. Ms. Crook decided not to triple the amount, instead hand delivered a demand letter with an invoice to FCPD for Captain Alexander's damages.

96. Proper procedures were intentionally disregarded. Justice intentionally was not served. Liberty was intentionally withheld, and the Plaintiffs rights were intentionally deprived entirely. The Plaintiff will suffer PTSD for the rest of her life from the mental anguish caused by the deprivation of rights under color of law, the conspiracy against her rights, theft of the flesh, rape, retaliation, and torture she endured. Plaintiff suffers severe depression, insomnia, paranoia, and overall life has been affected. The Plaintiff has suffered Defamation of character by both slander and libel. The Plaintiff has been embarrassed and humiliated. The Plaintiff has been Dehumanized and suffers from severe physical and emotional distress. The Plaintiff' Civil, Victim, and Survivor Rights were disregarded entirely. The Plaintiff will suffer indefinitely psychologically from the entirety of this situation mentioned herein above and from what has been omitted.

## VI. Cause to Action

### FIRST CAUSE TO ACTION

**18 U.S.C. 241 CONSPIRACY AGAINST RIGHTS**

*Against Defendants Oronde Sinkfield, Pierre Thomas, Quality Control Music LLC-Black Fugee, Quality Control Media Holdings, Hybe America Inc., Scooter Braun,*

97. Plaintiff is a victim of a group of two or more persons obstructing justice within 42 U.S.C. 1985 (1)(2)(3)., by conspiring to deprive Plaintiff of her rights, acting within meaning, 18 U.S.C. 1962 AND 18 U.S.C. 241. As a direct and proximate result from the conspiracy and gender-motivated violence, the Plaintiff has suffered and will continue to sustain monetary damages, physical injury, severe depression, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, paranoia, economic harm, and other consequential damages. Under 42 U.S.C. 1985 AND 18 U.S.C. 1964(c), and all in conjunction with, 18 U.S.C 2248, the Plaintiff is entitled to mandatory restitution. Entitled to pursuant 28 U.S.C. 1343 (a)- (1)(2)(3). Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and

declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## SECOND CAUSE OF ACTION

### 18 U.S.C. 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

*Against Defendants Alexandria Ward, Fulton County Police Department, Yolanda Mack, Fani T. Willis, Fulton County District Attorney Office, Debbie-Ann Rickman, Fulton County Magistrate Court, Mark H. Cohen, State of Georgia, Municipality of Fulton County, United States of America, Kamala Harris*

98. Plaintiff's rights were not upheld and has suffered deprivation of rights under color of law, 18 U.S.C. 242. Under 42 U.S.C. 1983, The Plaintiff has sustained injury and has been deprived and is seeking action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators. Plaintiff is a victim of a group of two or more persons obstructing justice within 42 U.S.C. 1985 (1)(2)(3)., by conspiring to deprive Plaintiff of rights, acting within meaning, 18 U.S.C. 1962 AND 18 U.S.C. 242. Plaintiff has suffered physical injury, severe depression, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, paranoia, economic harm, loss of faith and trust of governmental powers and other consequential damages. Under 42 U.S.C. 1983 and in conjunction with 18 U.S.C. 1964(c), Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## THIRD CAUSE OF ACTION

### 18 U.S.C 246 DEPRIVATION OF RELIEF BENEFITS

*Against Defendants Alexandria Ward, Fulton County Police Department, Yolanda Mack, Fani T. Willis, Fulton County District Attorney Office, Debbie-Ann Rickman, Fulton County Magistrate Court, Mark H. Cohen, State of Georgia, Municipality of Fulton County, United States of America, Kamala Harris*

99. Plaintiff's rights were not upheld and has suffered from the deprivation of relief benefits, 18 U.S.C. 246. Under 42 U.S.C. 1983, plaintiff has sustained injury and has been deprived and is seeking action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators. Plaintiff is a victim of a group of

two or more persons obstructing justice within 42 U.S.C. 1985 (1)(2)(3)., by conspiring to deprive Plaintiff of relief benefits, acting within meaning, 18 U.S.C. 1962 AND 18 U.S.C. 246. Plaintiff has suffered physical injury, severe depression, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, paranoia, economic harm, loss of faith and trust of governmental powers and other consequential damages. Under 42 U.S.C. 1983 and in conjunction with 18 U.S.C. 1964(c), Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## FOURTH CAUSE OF ACTION

### 18 U.S.C 1962 PROHIBITED ACTIVITIES

*Against All Defendants*

100. Plaintiff is a victim of a group of two or more persons obstructing justice within 42 U.S.C. 1985 (1)(2)(3)., by conspiring to deprive Plaintiff of her rights, acting within meaning, 18 U.S.C. 1962, 18 U.S.C. 241, and 18 U.S.C. 242. Plaintiff has suffered physical injury, severe depression, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, paranoia, economic harm, loss of faith and trust of governmental powers and other consequential damages. In conjunction with 18 U.S.C. 1964(c), Under 42 U.S.C. 1983, and 42 U.S.C. 1985, Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## FIFTH CAUSE OF ACTION

### 18 USC 1510 OBSTRUCTING OF CRIMINAL INVESTIGATIONS

*Against All Defendants*

101. Plaintiff is a victim of a group of two or more persons obstructing justice within 42 U.S.C. 1985 (1)(2)(3)., by conspiring to deprive Plaintiff of rights, acting within meaning,18 U.S.C. 1510, 18 U.S.C. 1962, 18 U.S.C. 241, and 18 U.S.C. 242. Plaintiff has suffered physical injury, severe depression, severe emotional distress and anxiety, humiliation, embarrassment, post-traumatic stress disorder, paranoia, economic harm, loss of faith and trust of governmental powers and other consequential damages. In

conjunction with 18 U.S.C. 1964(c), Under 42 U.S.C. 1983, and 42 U.S.C. 1985, Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## SIXTH CAUSE OF ACTION

### 18 USC 3771 CRIME VICTIMS' RIGHTS

*Against All Defendants*

102. Plaintiff is a victim of aggravated sexual abuse within the meaning of 18 U.S.C. 3771, and has a right to full and timely restitution as provided by law under 18 U.S.C. 3771 (a)(6) and 18 U.S.C. 3771 (b)(B)(i). The Plaintiff Rights have been violated calling forth action through 42 U.S.C.1983 and 42 U.S.C.1985 on behalf of multiple persons collectively acting within 18 U.S.C. 241, 18 U.S.C. 242, and in conjunction with 18 U.S.C. 1964(c). Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## SEVENTH CAUSE OF ACTION

### *RIGHTS GUARANTEED BY 14TH AMENDMENT TO THE UNITED STATES CONSTITUTION, DUE PROCESS CLAUSE*

*Against Defendants Alexandria Ward, Fulton County Police Department, Yolanda Mack, Fani T. Willis, Fulton County District Attorney Office, Debbie-Ann Rickman, Fulton County Magistrate Court, Mark H. Cohen, State of Georgia, Municipality of Fulton County, United States of America, KAMALA HARRIS*

103. The Fourteenth Amendment to the United States Constitution, enforceable under 42 U.S.C. § 1983, provides that no state shall "deny to any person within its jurisdiction the equal protection of the laws." U.S. Const. amend. XIV, § 1., The Due Process Clause provides that "no State may deprive any person of life, liberty, or property, without due process of law.

104. The Plaintiff was seeking Justice for the aggravated sexual abuse and rape committed on her when a group of officials within the Fulton County Department of Justice jurisdiction all came together under color of law to form false narratives,

accusations, retaliate, obstruct a criminal investigation, and interfere with an active investigation. Due process and proper procedures were disregarded entirely and intentionally for the personal interest and gains by the Defendants, depriving Ms. Crook of her life and liberty. The Plaintiff suffers indefinitely and has loss all trust and faith in the governmental powers at be. In conjunction with 18 U.S.C. 1964(c), civil remedies, states any person injured may sue and therefor shall recover threefold the damages they sustain. Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## EIGHTH CAUSE OF ACTION

***O.C.G.A. § 17-17-1 CRIME VICTIMS BILL OF RIGHTS***

*Against All Defendants*

105. Plaintiff is a victim of rape within the meaning of, O.C.G.A. 16-6-1, and her Crime Victim Rights were intentionally disregarded collectively by the acts and omissions mentioned above with willful and wanton negligence and outrageous behaviors. Plaintiff has a right to full and timely restitution as provided by law under O.C.G.A 17-17-1 (7) and in conjunction Under O.C.G.A. § 16- 14- 6, the plaintiff is entitled to civil remedies. Any person who is injured by reason of any violation of Code Section 16-14-4 shall have a cause of action for three times the actual damages sustained and, where appropriate, punitive damages. Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## NINTH CAUSE OF ACTION

**O.C.G.A. § 16- 6- 1 RAPE**

*Against Defendant Oronde Sinkfield*

106. Plaintiff is a victim of rape within the meaning of O.C.G.A. 16-6-1 and is therefore entitled to restitution as right by law under O.C.G.A 17-17-1 (7).

## TENTH CAUSE OF ACTION

**18 U.S.C. 2241- AGGRAVATED SEXUAL ABUSE**

*Against Defendant Oronde Sinkfield*

107. Plaintiff is a victim of aggravated sexual abuse within the meaning of 18 U.S.C. 2241 and is therefore entitled to mandatory restitution under 18 U.S.C 2248.

## ELEVENTH CAUSE OF ACTION

### O.C.G.A. § 16-14-4 PROHIBITED ACTIVITIES

*Against All Defendants*

108. Plaintiff is a victim of a group of two or more persons obstructing justice within 42 U.S.C. 1983 and 42 U.S.C. 1985 (1)(2)(3)., by conspiring to deprive Plaintiff of her rights, acting within meaning,18 U.S.C. 1510, 18 U.S.C. 1962, 18 U.S.C. 241, and 18 U.S.C. 242 and O.C.G.A. § 16-14-4. Under O.C.G.A. § 16- 14- 6, the plaintiff is entitled to civil remedies. Any person who is injured by reason of any violation of Code Section 16-14-4 shall have a cause of action for three times the actual damages sustained and, where appropriate, punitive damages. Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## TWEVELTH CAUSE OF ACTION

### 18 USC 3772- SEXUAL ASSAULT SURVIVOR RIGHTS

*Against All defendants*

109. Plaintiff is a victim of sexual assault within the meaning of 18 U.S.C. 3772 and has a right to full and timely restitution as provided by law under 18 U.S.C. 3771 (a)(6) and 18 U.S.C. 3771 (b)(B)(i). Rights have been violated calling forth action through 42 U.S.C.1983 and 42 U.S.C.1985(1)(2)(3) on behalf of multiple persons collectively acting within 18 U.S.C. 1962, 18 U.S.C. 241, 18 U.S.C. 242. In conjunction with 18 U.S.C. 1964(c), Plaintiff is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## THIRTEENTH CAUSE TO ACTION

### Intentional Infliction of Pain and suffering and Emotional Distress

*Against All Defendants*

110. All persons involved intentionally inflicted pain and suffering and emotional distress on the Plaintiff Ms. Crook through the said actions listed above and within this complaint. A person is liable to another person for intentional infliction of emotional

distress if its conduct is extreme and outrageous, the conduct was intentional or reckless, the conduct caused and causes emotional distress, and the distress is severe. The tort of intentional infliction of emotional distress has four elements: (1) the defendant must act intentionally or recklessly; (2) the defendant's conduct must be extreme and outrageous; and (3) the conduct must be the cause (4) of severe emotional distress. (Hyatt, 943 S.W.2d at 297.)

111. Therefore, the Plaintiff seeks action for the intentional tortious conduct alleged herein and is seeking action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages through 18 U.S.C. 1964(c).

## FOURTEENTH CAUSE TO ACTION

**Gross Negligence**

*Against Defendants Alexandria Ward, Fulton County Police Department, Yolanda Mack, Fani T. Willis, Fulton County District Attorney Office, Debbie-Ann Rickman, Fulton County Magistrate Court, Mark H. Cohen, State of Georgia, Municipality of Fulton County, United States of America*

112. Defendants willful and wanton negligence and failure to investigate Ms. Crook's reported sexual assault, including Defendant Ward's repeated misrepresentations to Ms. Crook that she was investigating her report when she was not, that charges were being pressed but were not, the plotting and cultivation of false narratives, threats and attempts of retaliation constitutes extreme and outrageous conduct. The Defendants Yolanda Mack, Debbie Rickman, and Fani T. Willis' gross negligence and failure to take responsible corrective measures in a timely manner, was intentional or reckless. The Defendants' failures and misrepresentations caused and continue to cause Ms. Crook severe emotional distress and mental anguish. Under Title 18 U.S.C. 1964(c), civil remedies, states any person injured in their business or property may sue and therefor shall recover threefold the damages they sustain and in conjunction with 42 U.S.C. 1983, The Plaintiff seeks action for recovery threefold the damages sustained, punitive damages, injunctive relief and declaratory relief, the cost of the suit, and any other remedies as this court may deem appropriate damages.

## FIFTEENTH CAUSE TO ACTION

**9[TH] AMENDMENT- ENUMERATED RIGHTS TO PEOPLE**

*Against Defendants ALEXANDRIA WARD, FULTON COUNTY POLICE DEPARTMENT, FULTON COUNTY MAGISTRATE COURT, MUNICIPALITY OF FULTON COUNTY, DEBBIE-ANN RICKMAN, FULTON COUNTY DISTRICT ATTORNEY OFFICE, YOLANDA MACK, FANI T. WILLIS, STATE OF GEORGIA, USA, KAMALA HARRIS, MARK H. COHEN*

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. All individuals listed here within have taken it upon themselves to purposely use their positions under oath to not abide by their oaths. The Conduct and behavior by these individuals were intentionally done collectively by a group of individuals that are part of a Racketeering Influence Criminal Organization that has infiltrated the United States of America government and its agencies.

## VII. CONCLUSION

**ALL** "cause to actions" can be proven beyond reasonable doubt due to actions being caught/obtained while in the actual acts of violations. There is a cycle of individuals attempting to cover up their crimes. Suggesting theses claims as "FRIVOLOUS" is false and causes severe insanity. Those employed with the "DOJ" have violated exactly what is considered "clearly established" laws that revokes **ANY** or **ALL** attempts to "claim" Qualified Immunity, Prosecutorial Immunity, and Judicial Immunity. These **ACTIONS** are the "exact" kind of behavior and actions that are **NOT** protected and are subject to criminal and civil penalties.

## VIII. INJURIES

113. Plaintiff Charmaine C. Crook injuries sustained have been mental anguish, severe depression, torture, theft of the flesh, labor & delivery, intentional infliction of pain and suffering, severe emotional distress, gross negligence, serious psychological harm and trauma, dehumanization, Loss of identity, PTSD, Defamation to character by slander and libel, humiliation and embarrassment, economic harm, and loss of faith and trust of governmental powers.

## VIII. Relief

114. Accordingly, Ms. Crook brings this action seeking injunctive, declaratory, and monetary relief against Defendants in violation of her federal and state civil rights laws.

Wherefore, Plaintiff respectfully requests this Honorable Court to award monetary relief treble the damages as specified herein, punitive damages, and to provide such other and further relief as the Court deems just and proper.

115. Plaintiff prays judgment be entered in her favor against all Defendants, and each of them, as follows:

***Compensatory Damages***

***consisting of the following components:***

***116.*** General damages such as pain and suffering, intentional infliction of emotional distress: ***$1,013,330,000.00***

***117.*** Gross Negligence, dehumanization, and torture: ***$1,666,666,666.66.67***

***118.*** Loss of enjoyment of life and identity, PTSD, and psychological harm: ***$553,555,333.33***

***119.*** Economic harm and other out-of-pocket expenses: ***$33,333,800.00***

120. Future Damages, humiliation and embarrassment, and loss of faith and trust of governmental powers: ***$1,766,448,000.00***

***121.*** Plaintiff seeks monetary relief in the total amount of: **$5,033,333,800.00 (*Five Billion, thirty-three million, three hundred thirty-three thousand, eight hundred Dollars.)***

******In the "State of Georgia" for sexual assault, it has been determined with a "verdict" of $1 Billion Dollars, that the amount of damages for such a horrendous act does amounts to.******

***Declaratory Judgement***

***122.*** Plaintiff Ms. Crook prays a Declaratory Judgement be granted in her favor for all officials to resign immediately, an investigation on all Defendants employed by the "DOJ", and criminal charges be brought forth against everyone accordingly. May the Defendants be charged criminally and sentenced heavily.

***123.*** Ms. Crook prays a Declaratory Judgment be granted that Defendant Oronde Sinkfield is sentenced for his crimes with commands of the death penalty being issued to Defendant Mr. Sinkfield.

***124.*** Ms. Crook also prays a Declaratory order be issued to release sexual assault and domestic abuse victims who stood up for themselves and that they all be released into a

transitional housing with appropriate therapy and or counseling immediately. Send our women home.

## ***Injunctive Relief***

*125.* Plaintiff Ms. Crook prays a Permanent Injunction be put in place that would eliminate women from serving harsh sentences when standing up to their abusers and an injunction for victim's loved ones who take Justice into their own hands when their jurisdiction fails them and they stand up to the victim's abusers for them. (C. Crook's Law). No more charging women for what they had every right to do.

*126.* Ms. Crook also prays that an injunction be put in place that would automatically result in a life sentence, or if by request of victim or family, the death penalty for any child that is sexually abused under the age of 14 and for all sex assault crimes.

*127.* Ms. Crook prays that an injunction be put in place that "bans" any law or bill similar to H.B 481- Georgia's 6-Week Abortion bans. This bill has caused more harm than good. This bill is a violation of the 18th Amendment, slavery was abolished. Women are not "Men's" slaves. Women are not "human's" slaves. Women are not breeders. Women are birther's of life. You cannot FORCE a WOMBMAN to give LIFE to what she does not want to GIVE LIFE to. To force a woman to give life is forcing her into enslavement because that life that comes forth belongs to her. If she is forced to "keep" something against her will that is enslavement to something against her will. Enslaved to carry a life. Enslaved to birth a life. Enslaved to raise a life.

*128.* Charmaine C. Crook prays an injunction be put in place that will make it where public officials, public officers, public servants, and all "DOJ" employees will be held to stricter guidelines. That way no there is no "misconstruing" when violations occur.

*" If the world had more better parents, the world would have more better people in it".- The Crook*

*Charmaine C. Crook*
*Prettiegrl40414@gmail.com*
*678-629-9233*
*3875 Bakers Ferry Rd SW*
*Atlanta, Ga 30331*

*Respectfully Submitted,*

**CHARMAINE C. CROOK**

*Plaintiff In Propria Personam; Pro Se*

12/31/25

# Exhibits

"NewFound Evidence Submitted to Fulton County Police Department."

Case No.: 2023000240
**Oronde Sinkfield Arrested IMMEDIATELY**
***Alexandria Ward*** *Detained and handed over to GBI or FBI for crimes committed*
***Yolanda Mack*** *Detained and handed over to GBI or FBI for crimes committed*

# Newfound Evidence from Cross Examination

On March 2, 2023, a police report was made reporting Charmaine C. Crook was sexually assaulted by Oronde Sinkfield on October 8, 2022.

After not hearing from the assigned investigative detective assigned to case number 2023000240, Ms. Crook called Fulton County Police department's Investigative Detective Alexandria Ward on March 6, 2023 with concerns from not being contacted or scheduled for an in person interview/statement(deposition). Ms. Ward told Ms. Crook she had not been seen or scheduled yet because she was "busy with court and other things." Ms. Ward then, scheduled Ms. Crook to come March 14, 2023 for her statements.

Immediately after speaking with Ms. Crook, Alexandria Ward called Oronde Sinkfield and scheduled him to come in for questioning on March 8, 2023.

- On **March 8, 2023**, Oronde Sinkfield arrived at Fulton County Police Department for questions regarding the sexual assault he had been accused of.
- On **March 14, 2023** Ms. Crook arrived at Fulton County Police Department for statements regarding the sexual assault.
- On **March 20, 2023** Ms. Crook left Atlanta, Ga, travelled to Washington D.C. where she underwent a 3-day procedure March 21-23, 2023.
- On **March 21, 2023**, Alexandria Ward called Ms. Crook after receiving a text message from Ms. Crook asking what to do about the evidence because she was at the clinic she had advised Ms. Ward she would be at back on March 14, 2023 during her deposition, to terminate the theft of the flesh that was violating her from within physically, spiritually, and emotionally. Ms. Ward told Ms. Crook charges were being pursued against Oronde Sinkfield and the DNA/the evidence was not needed because they just needed him to admit to the act. Ms. Crook contested Ms. Ward's statement with "No, you do need it, I need it for my credibility in court." Ms. Ward, challenging repeatedly stated "no it's not needed" and went as far as to state, "well Ms. Crook, he told me he would pay you for the baby." Ms. Crook's response was "what kind of shit is that to say to someone!..." Ms. Crook hung up on Alexandria Ward and continued on without any further delay destroying the beast that broke an entering into her ancestry, that stole her DNA, that stole her flesh, that tried to ENSLAVE her, that was torturing her for months, and tormenting her for months. The entity that was forcing Ms. Crook to be its vessel to become a living being by stealing from Ms. Crook was finally destroyed March 23, 2023.



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

- On **June 14, 2023**, when Ms. Crook was able to be temperamental enough, she reached out to Fulton County Police Department's Alexandria Ward because she had not heard from her and Ms. Ward had told her charges were being pursued.
  - When Ms. Crook called Alexandria Ward, she was blocked.
  - Ms. Crook went to Fulton County Precinct where she found out her sexual assault case went unfounded April 4, 2023 due to "Insufficient Evidence."

**Extremely furious and emotional, Charmaine C. Crook, obtained as much information as she could on how her case went unfounded. The conclusion, Fani T. Willis, Alexandria Ward, Yolanda Mack, and several others colluding, violating "clearly established laws" & partaking in "prohibited activities." A "multi-agency" collusion, interference, and obstruction of justice.**

## Deposition's Cross Examination

## Violation of clearly established laws Alexandria Ward

- **"claiming rape for abortion assistance."**
  - Ward: "questions that I had especially the timeframe.
  - Sinkfield: uh hmm
  - Ward: "and there seem to be more of a demand on… assistance for an abortion."
  - Sinkfield: uh hmm
  - Ward: "And then the rape was second.. umm, which is why I wanted to speak with you regarding this…
  - Sinkfield: "she told yawl she wanted assistance for an abortion?"
  - Ward: uh hmm
  - Sinkfield: Oh, she told yawl that… that's the rape came…
  - Ward: "she…"
  - Sinkfield: I thought it was sexual assault?
  - Ward: "The allegation was that she had been raped by you,
  - Sinkfield: uh hmm
  - Ward: "And she wanted to file a police report but she also wanted assistance…with…
  - Sinkfield: uh hmm
  - Ward: "procuring you know.. resources for not having a child… so that's the reason why I was like okay let's bring in this person because.. I know… you know under Georgia Law, in order to have an abortion after a certain amount of weeks…"
  - Sinkfield: uh hmm..
  - Ward: You have to have a police report, and it has to be because of incest or rape
  - Sinkfield: uh hmm
  - Ward: "And because of that, people try to scur tail, which is why it was important for me to speak with you."
- Retaliation by false terrorist threat charges
- "he told me he would pay you."
- Oronde Sinkfield, a convicted felon was on probation for violent offenses at the time of the sexual assault and when he was brought in for questioning. (he should've never been able to leave, he violated his probation and was supposed to come before a judge before being released.

- Direct confession of non-consent obtained, timeframe lies, dates confirmed
    - 10:27:17
    - Ward: So.. I hear everything that your stating but this is what I need you to do because apparently you have evidence..
    - Sinkfield: I mean I don't have…
    - Ward: of yawl activity history
    - Sinkfield: I don't have… I don't know. I don't have no evidence for one..
    - Ward: well, I saying that you have proof of yawls discussion about something pertaining to a pregnancy.
    - Sinkfield: Right and that … that's all I thought this was.. I mean not this but that's what I thought .. me and her was going through. I didn't know it was getting to this . but I come to find out that this is just so I can come out of hiding. I don't like dealing with a girl.. like she.. she … she's just a headache. She argumentative. You know umm it's a few more things but I'm not going to go into that but she just, she just not the woman that I want to be around.
    - Ward: okay so.. let's .. let's do this. Let's start back to the date yawl had allegedly met up on .. which is October 7th…
    - Sinkfield: That's… That's not correct.
    - Ward: so, when was the last time you saw her?
    - Sinkfield: umm..like.. November…it was like right before Thanksgiving, somewhere in there.
    - Ward: right before Thanksgiving?
    - Sinkfield: yea I got the audio.. when she umm
    - Ward: Ima let you play all of that for me
    - Sinkfield: because she asked… I wanted to meet her; cause I was.. she said she was pregnant I want to see, so I wanted her to use one of those sticks and she was like I'm not gon do all that da da… so I'm like because you know how like women say that they you know what I'm saying just to get some money out of me.. even though the money wasn't an issue. It was just that I don't want to get played. I don't want somebody to.. cause I know her car notes, she got two cars. So, I know both of them is you what I'm saying like she just trying to play me out my money that's what I'm… not thinking that it's going to get to this.
    - Ward: uh hmm
    - Sinkfield: you know what I'm saying. If it was going to get to this I would've just gave her the money.
    - Ward: so, your stating the last time you saw her was right before thanksgiving
    - Sinkfield: uh hmm
    - Ward: when was… was this the last time she came 4100..



*** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.****

- Sinkfield: No, I met her at the umm Meme's restaurant on Martin Luther King… I was washing clothes and then I walked over there and to the laundry mat..
- Ward: so, you met her at the laundry mat
- Sinkfield: well, it's a restaurant right beside it on martin Luther king ..
- Ward: okay at Meme's..
- Sinkfield: uh hmm
- Ward: so, your stating that y'all had not met up in October?
- Sinkfield: ugh mmm {no}
- Ward: okay during that timeframe
- Sinkfield: I met we met in October she was giving me rides and you know she'd pick me up and we go places but it was that. The last time I seen her was right before thanksgiving.
- Ward: uh hmm
- Sinkfield: and that was.. it wasn't … It wasn't nothing… It was a .. it was a cordial meeting . I was talking to her outside of her car.. and that's it.. it wasn't nothing…and then I can.. I can't think of nothing else that would you know what.. what you saying that she's um stating here..
- Ward: so, when was the last time she was at 4100.. with you
- Sinkfield: umm probably about.. it was probably about the beginning of November. Somewhere .. Maybe like ..umm… cause this happened around like a few weeks and then like two weeks later I met her at there at Meme's so it's probably around the… so 14th.. so, it was around the maybe the 10th somewhere in there.. In the beginning of November.
- Ward: so around beginning of November
- Sinkfield: Uh Hmm
- Ward: and that was the last time… when was the last time y'all were intimate..
- Sinkfield: Around that time.. the beginning.. cause I left home around November 1st, October 31st, November 1st.. so yea it was around bout … at the end of … I mean the beginning of November.. that's when that happened. It was probably like November.. Umm.. actually, I calculated if she was be pregnant I was thinking that it would be ..umm.. the .. the baby will be due in November . I mean not November but umm in September because umm.. I .. I .. I calculated that.. that time… umm.. so, it had to be in November.. It wasn't in October ..
- Ward: And the last time when you were intimate, beginning of November..
- Sinkfield: uh hmm
- Ward: umm .. tell me about that interaction. How did that go. When you
- Sinkfield: Umm.. she came probably about … three in the morning, two in the morning, somewhere in there.. umm she came and met me at the hotel and she spent the night. And it was …we talked and …that's it.. I mean you know.. we



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

was already… how can I say. Okay she tell me .. that… okay I just want to be your friend. I just want to be.. you know how than. That .. I just wanna be your friend. So, I'm like well why you at my room at this time… this time in the morning..

- Ward: uh hmm
- Sinkfield: you know why, what what's up with that.. Oh, I just want to be your friend so .. we was sitting there of course umm.. well, I'm.. I smoke.. I ain't saying nothing about her. I'm not admitting nothing. I smoke. So, I smoke.
- Ward: smoke what?
- Sinkfield: Oh, I smoke weed.
- Ward: okay
- Sinkfield: so, I smoke and it wasn't no … no … it wasn't nothing because I went to the bathroom, I took a shower, she was still in there.. you know if it was … you know what I'm saying .. If.. If I felt any kind of tension I would've said you can leave.. if it was anything .. you know what I mean.. and it wasn't … It wasn't … sexual assault… Man that's a serious charge.. I..
- Ward: so.. leading up to you all being intimate. How did that go? Was there a conversation, was there any word or verbiage saying you know I'm not interested or not right now
- Sinkfield: Noooo! Ahh.. nah
- Ward: who initiated it?
- Sinkfield: I initiated it.
- Ward: uh hmm
- Sinkfield: but.. It was umm.. okay I initiated it.. I started off with the four play and I was pulling her pants down, she stepped out of one pants leg, stepped out the other pants leg, she laid back on the bed.. and that was how it went..
- Ward: and at no point did she say stop or ..
- Sinkfield: stop..
- Ward: I don't want this or nothing
- Sinkfield: Man ha-ha… man she could've just left.
- Ward: I understand that, but did she ever verbalize it out loud.
- Sinkfield: man.. she didn't say no stop. She didn't say.. she kept saying we friends. She was like that's all we was, was friends.
- Ward: uh hmm
- Sinkfield: and that's it..I .. In her ..okay.. to me. Because we only had, we only had… this sex. .. from the. From the.. I've been knowing her for like four or five years… the four or five years that I've been knowing her, I've been with my kids mother. So, she always expressed that it's nothing . . prior .. up until this time I was with my kids mother.. when I left from over there, that's when me and her started to seeing each other regularly, everyday.. you know what I mean and all that … and I asked her one day.. I was like what is this man,

what what you and I.. you be around , you pick me up, you know what this is. Oh, I just want to be your friend. So, I was like , man you using me man.. man, you using me.. she like using you for what. I said man you using me, you trying to, you want me to help you get this rap career you want me to.. I'm like I can't do that , I can't take you to get it , she was like yes you can ladada… it.. it .. it takes you to listen to the audio to tell you what type of … I'm not saying she's a bad person but I'm saying she has this controlling mechanism, you know what I'm saying.. you know how it just like .. and when that day when she, when she was laying on the bed, I knew that.. it wasn't like that . you get what I'm saying? Cause she can take control of every situation, she'll tell you NO, STOP, NIG, GET OFF ME.. you know what I mean, and she carry. She carry so if at any point that she feel any kind of threat or any kind of… you know what I'm saying … she know how to stop a situation..

- Ward: so your stating she had a firearm on her that day?
- Sinkfield: YEA she keep a fire.. she I mean she..
- Ward: Did you see it
- Sinkfield: YES.. I'm … I don't want I forgot I'm being recorded. I don't like, I'm not doing this ..
- Ward : I understand but this is
- Sinkfield: Pertaining..
- Ward: to help you
- Sinkfield: to help me
- Ward: because this is the allegation made against you, so I'm not trying to force to say anything but if someone is coming making a serious allegation like that, then you need to be at the forefront and put all information
- Sinkfield: right
- Ward: out. Because this person is portraying themselves as the victim when you could quite possibly be different ..
- Sinkfield: Uh hmm
- Ward: and it's you .. if this allegation is actually false.
- Sinkfield: That's why you have to listen to this..
- Ward: Okay
- Sinkfield: you, you can listen and you could
- Ward: So let's do this, how about you go ahead and listen, lets play this and if I have any questions I can proceed with that.
- Ward: and when was this recorded?
- Sinkfield: Umm.. I'm looking up the date right now… and almost deleted them. See… November the 22nd this, that this was the first one, this.. well, this was the first one… see the…see…where…see these.. this.. this is in October, she never. She didn't send me NO ahh umm nothing in that's October , she

didn't send me nothing, no augh ahh … no… no text messages…until … this way in November .. this is her number.. see all of these.. these are her number

- Ward: go ahead and play that first one for me.
- Sinkfield's Voicemail: Hey Oronde, give me a call back…
- Sinkfield: oh, that's my mom.. let me go back to that number.. I don't know why it… okay November the 21st.
- Ward: okay November 21st
- Sinkfield: and this fifty three minutes… and she do carry a gun and I'm a…
- Sinkfield's voicemail crook's voice:

- [CROOK'S VOICEMAIL MESSAGES AUDIO] 10:36:33-
- Crook: Like nigga, If I'm reckless, and I do reckless shit, then why the fuck would I pull up on yo throwed ass. You put yo hands on women nigga I will shoot you if you touch me. I cannot see you right now because I might provoke you. And I don't want to provoke you. That's why I said call my fucking phone. I mad because I'm talking on a text phone. I mad because when I call you I'm fucking blocked. Nigga you put a fucking spirit in me because I saw that fucking nut. So, there's no fucking way I should be fucking pregnant right now. You need to fucking call me and stop ignoring me because I don't want to have to come find you because I'm reckless and you throwed the fuck off and so we two do not need to see each other call me ASAP. You see I'm not disres..using no disrespectful tone right now because I'm not trying to come at you like that but I am pissed the fuck off. You need to call me. ASAP.

  - Sinkfield: she. She the girl mental health. I don't want no.. I don't want nothing to happen to her, I don't want to press no charges against her or anything like that. But I'm I'm ducking her because I know that it's.. it can get serious. I thought she was gon shoot at me. Ha.. I ain't know she was going to do this… ha .. ha-ha you know wha..
  - Ward: I need you to play the rest of them recordings for me
  - Sinkfield: alright …and then ..
- CROOK: Like you a grown ass man and somebody call you with some real ass shit and what you do is gon ignore it nigga… after all these years you knew me nigga.. you think I want to see you right now it's gon be all smoke if I see you nigga because I'm disrespectful and you cannot touch me or do anything to me because I'm gon defend myself. I'm not one of these scary.. bitches out here nigga. So, I'm not finna see you. I need to talk to you on the phone.. where it's safe for the both of us nigga. So, call me right now niggaaa. Because I'm about to get disrespectful niggaaa.
  - Sinkfield: And this another one… and then I was, that why I was trying to meet her at Meme's , I was like let me just see ..you… I want to see you .. you know you say you pregnant. Let me see.. let me see you … "I'm not finna pull up on you," I said so well.. why you won't. but you you want me to give you some money. But you don't want to show me the pee stick. You know what I'm saying. Show it to me. And man.. it's..

- CROOK: the longer it take for you to fucking call me the madder I'm fucking getting.
    - Sinkfield: And this..
- CROOK: I'm almost at the end of this blunt my nigga. I do not need to see you my nigga, because you like to put your hands on women my nigga, you cannot touch me my nigga I'm gon shoot the fuck out you my nigga..
        - Sinkfield: and if I touch her ( Ward signals him to stop)
        - Ward: shh…
- CROOK: so, call me my nigga, because if this blunt go out I'm a come to you and I'm a see you . you know my mouth is reckless. My mouth is very reckless and I'll disrespect the fuck out of you . Call me because I cannot fucking see you. No! I'm not pulling up on you it's not safe. For neither one of us. You need to call me. I'm really smoking a roach . it's 3:38, I mean 2:38. 2:44 if I don't hear from you my nigga I'm coming to look for you and I'm not holding my tongue back. So, Overstand if you put yo fucking hands on me nigga I'm gon fuck you up nigga. Cause I told you so fucking call me nigga if you don't want to be a little bitch. Yea. You acting like a lil bitch nigga not answering, you got me fucking blocked, nigga you know what the fuck you did, yo lil witch and high priestess and oracle doing witch spells on me my nigga you ain't slick nigga, everything about to come down nigga. So please call me nigga. Lil' Bitch call me
    - Sinkfield: eh
- CROOK: I'm a be calm when you call me too because you called, but if I don't hear from you by 2:44 Nigga I'm coming to look(? I think), and on "MY TIME, I'm not sparing it.
    - Ward: what was the date on that one?
    - Sinkfield: umm…the 22nd , 11/22/22.
    - Ward: okay.
    - Sinkfield: Umm. Here go another one.. umm
- CROOK: like my nigga, you know me well enough that you gon have a bitch answer your phone, that shit not cool my nigga, that shit not cool my nigga , now Oronde Kermit Sinkfield, don't fucking play with me nigga, you acting like a real bitch right now nigga, matter of fact you Bitch now. Aye bitch stop fucking playing with me , you not finna "FORCE" this shit on me. Why are we even going back and forth nigga. Then you got me blocked. You got a bitch answering the phone. Oronde .. Oronde I'm a give yo ass til 6:33, 6:33pm today, if I don't hear from you today my nigga by 6:33 pm and I don't hear what the fuck I want to hear , I'm turnt the fuck up nigga. I'm turnt the fuck up bitch! Fuck you for life. Get this shit the fuck up out of me, I don't want nothing to do with it. I'm not fucking carrying it, matter of fact nigga, once I found out I popped a bottle of Remy my nigga , I drank some muthafucking Remy. I been drinking Remy every fucking day nigga. Get this shit up out of me… Bitch



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

  - Sinkfield: She saying get this shit up out of her she meaning me get her an abortion
  - Ward: Abortion
  - Sinkfield: Uh Hmm… But I don't believe in that. I got five kids, and I.. all of them by one wom…mother, all of em by one umm… and I …it .. it was from the jump she wanted to do one, and I'm like nah I'm not having it, I want kids, I …I'm 44 years old. I had start having kids til I was 38, so I want all my kids. It's not a mistake, god give us… you know what I'm saying. That's how I feel, and with her I.. I thought it was like . I thought she was cool, because she from my neighborhood, but she ain't. she ain't really from my neighborhood, but she stay in my neighborhood. But she ain't cool, she aint..she real possessive, and you see how she is, she real like … like controlling.. like she… she .. she ..Like I got some mo, so more of em..
  - Ward: please play the rest , this is umm…
  - Sinkfield: like… it.. it…
  - Ward: It definitely kind of changes things as far as the investigation
- CROOK: and then nigga you not slick, you not. You not. You not, you not finna trick this shit. No. Stop acting slow. You know, you know damn well I don't want no child with you, I do not never wanted to be with you , you know this shit, so stop it.
  - Sinkfield: So how we get here
- CROOK: so why we going back and forth about ending this shit. Huhhh?? What's the even fucking point, why the fuck … why the FUCK, WHY THE FUCK, WHY THE FUCK you fucking got a bitch answering yo fucking phone or calling me on yo fucking phone bitch. What the fuck is wrong with you.. huhh.. nigga if you don't hurry up and end this shit, we got some real muthafucking problems and you know we do. we know we do cause "I can't fucking play with you"… so what the fuck we about to do?" huhh…huhhh…aint no fucking waiting game, we aint got fucking time nigga. So, stop fucking playing with me. Cause if I have to ride around and look for you nigga, you better hope like hell I roll up and I be calm enough to talk to yo ass. Okay.. cause let me tell you something about me, "Crook don't play herself off the streets, Crook get to do whatever the fuck she want to do, cause The Crook is fucking smart.. Oronde don't fucking play with me, I'm not the fucking one.. you need to call me back ASAP… You want me to pee on a muthafucking stick nigga, I'll pull down my fucking pants and pee right in your muthafucking face and I'll piss on you afterwards,
  - Sinkfield: ha-ha
- CROOK: Bitch! Stop fucking playing with me..
  - Sinkfield: you see this..(smirking)… umm
  - Ward: Any more
  - Sinkfield: umm.. yea, this one
  - Ward: what date was that last one..
  - Sinkfield: Umm on umm the twenty two.. all of these was the same day

  - Ward: same day..
  - Sinkfield: One.. two.. three..ya three of em same day, then two of em on the day before…well three of them this day before.
  - Ward: Umm on the twenty second
  - Sinkfield: twenty first
  - Ward: Twenty first
  - Sinkfield: yes, three on the twenty first, and three on the twenty second, yea and one on the.. two on the twenty fourth… these two right here
- CROOK: you really lame. And you really evil, going out like a bitch, you put yourself in this situation, just like you said we more than just friends, I said no . your my friend and that's it. Stop playing with me. I don't feel good. I don't want this shit. I drink everyday . still drinking. This shit coming up out of me even if I got to beat it up out of me. Bitch. Fuck you. Your crazy . your delusional. You need to fix this situation and go about your fucking life and leave me the fuck alone for good and stay away from me. I fucking hate you. And I don't want nothing to do with you ever again in life. You played yourself. You're the fucking evil one. You…this where it really started, when you said I'm a fuck up my blessings, my mouth will fuck up my blessings that's why I went off on you back a month ago.. Nigga don't you ever fix yo muthafucking mouth, clearly for you to say some shit like that, you just fucking cursed me. Fuck you, you ain't not fucking blessing. All you is is a fucking curse. I rebuke you. Okay. Now we gon have a problem because now remember how powerful I am, I'm gon fuck you up without even touching you.. lil' bitch.
  - Sinkfield: mhhmm
- Crook: so please
  - Sinkfield: [swallows hard]
- CROOK: cooperate so stop the damage that you caused here yourself lil' bitch. Yes I'm talking to you like this because you pissing me off. I'm pissed the fuck off, you not changing my mind. I don't want you. Damn sure don't want this. So fuck you. And end it.
  - Sinkfield: that was on the twenty fourth and this was on the umm…
  - [plays voicemail- song by H.E.R "I won't]
  - Sinkfield: oh, she just had music to this one… see that's her number and she …ha-ha
    - [facial expression should be played close attention to.
  - Ward: any words or just the whole song
  - Sinkfield: it just the song, she just let it play
  - Ward: okay, can you zoom through it, close towards the end…ok.. uhh is that the ..
  - Sinkfield: umm.. that was, that was the last one on the twenty fourth..
  - Ward: okay..
  - Sinkfield:
  - Ward: well since then no phone calls or voicemails



****** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Sinkfield: nah…well I changed my number so.. she
- Ward: when did you change your number..
- Sinkfield: umm.. I can't remember.. umm right …like right round I blocked her, she was calling me through no called ID.
- Ward: uh hmm
- Sinkfield: And.. I just blocked her… I mean I just changed numbers cause she was always calling..
- Ward: okay.. hold on one second
- Sinkfield: I thought I had.. no caller ID but I …
- Ward: okay…
- Ward: so, you say you changed your number on what date?
- Sinkfield: umm ..I can't remem.. it was in November so it was.. I got tired of.. you know the phone call no caller ID.. No caller ID. And I'm like know this got to be her, this no caller ID, if I jus… it was in November I can't remember exactly..
- Ward: okay… Have you seen her since then?
- Sinkfield: no, I haven't , I haven't seen her or talk to her..
- Ward: any of her relatives.. have you seen them
- Sinkfield: I seen her brother. I seen her brother at the store bout.. maybe three weeks ago, a month ago.. or something
- Ward: and have you been by her house..
- Sinkfield: no
- Ward: her mom's house
- Sinkfield: no.. nah I really.. ha-ha .. been trying to duck her.. and I'm glad because I didn't know all this was going on. I just thought that .. she might hit me with her car or something like that .. or
- Ward: okay.. oh lord…..

- Inconsistent statements provided by Oronde Sinkfield. Ms. Crook had tangible proof that Oronde Sinkfield statements were falsely made.
  - 10:49:38
  - Ward: okay… Oh lord…so you said when you did have sex, you only had sex one time…
  - Sinkfield: right. Well, we might've had sex twice. But I remember this time because I … and that's what I'm saying..
  - Ward: Was this the last time or the first time…
  - Sinkfield: umm this was the.. last time.
  - Ward: okay
  - Sinkfield: No.. This was… because I think we had sex.. twice that day or it was like that morning and then that night. I mean that morning was about



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

three or four in the morning and then that following, well that same day, that night so it was still that same day

- Ward: okay
- Sinkfield: I think that's what happened cause we had.. I want to say we had sex twice, but it might've been one time. It might've, I'm just getting them all confused in the same … cause it was in the same day. So, I can't remember.
- Ward: but your basically stating that if even if it was once or twice, it was still within the same day, not separate days..
- Sinkfield: yea not separate days
- Ward: okay..
- Sinkfield: and that's why
- Ward: so that means she was with you for a relatively long period of time?
- Sinkfield: right, she came that morning
- Ward: uh hmm
- Sinkfield: then she.. well, I took a shower everything we had sex and then she left about five, six that morning.
- Ward: uh hmm
- Sinkfield: Then she came back later on that day, you see what I'm saying, still that same day. So that's how that.. how that was .
- Ward: can you go to your messages or to see from that day that .. y'all had linked up, did she contact you or text you after she left..
- Sinkfield: uhm Nah I don't even have no messages from her. Nah I don't even have no messages from her. I deleted them all my messages. Nah I don't even have em
- Ward: okay. Cause if necessary I can still do a search umm.. whose your provider with.
- Sinkfield: metro
- Ward: ump. Just right now based off those voicemails, that doesn't really umm umm help her. At all. Because the way she gave her story right. Those voicemails contrasted.
- Sinkfield: uhh hmm
- Ward: greatly. Umm.. so, I need those ASAP so let's see, go ahead, and send that email…
- Sinkfield: I can email them
- Ward: okay.. Alexandria..
- Sinkfield: uh hmm.. and then.. I'm a start from the first date that I got .. well that I kept because I um… I'm a go through all of em and make sure.. yea and this call the ones… mmhmm
- Ward: from the November up until now you have not heard from her she hasn't been able to get in touch with you, you haven't seen her nothing..
- Sinkfield: I actually, she came around to the room that I used to be in ..
- Ward: uh hmm



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Sinkfield: and they told me and this was .. I .. I swear I did not believe her but she said that.. I can .. I can go get people to verify she stated… well this what they say she said umm.. "give me back what you got took from me… or you going to jail, you going to jail nigga." Something like that..
- Ward: who did she tell that too.
- Sinkfield: ughh she told that to um some guys out round around there and they the ones that came back and told me…
- Ward: You think they would tell me that just off record basically what she said..
- Sinkfield: yea they'll … and it was a girl too that heard it, yea they'll tell you..
- Ward: Okay..
- Sinkfield: they, they will tell you
- Ward: and when was this ?
- Sinkfield: umm that was probably bout a week ago. Yea it was about a week ago.
- Ward: can you, do you remember specifically the day ?
- Sinkfield: umm
- Ward: date
- Sinkfield: it was around bout this time of morning umm Tuesday, Monday. Somewhere in there.
- Ward: Monday? Tuesday of last week?
- Sinkfield: uhm hmm
- Ward: okay
- Sinkfield: and she said you going to jail
- Ward: wait to 4100wendell ..
- Sinkfield: uh hmm
- Ward: and she just told that to the people that was out there.
- Sinkfield: right, she thought I was in that room, they came and I was like I don't know who y'all talking about cause I haven't seen her in months. I haven't seen her since November. When I was met her Meme'z and that's it. So, I don't, I don't know where .. okay this the first one, I didn't know who they was talking about..
- Ward: so, she said you need to come out or you're going to jail or you needed to what ..
- Sinkfield: no, she say umm you need to give .. give her .. the dude said and the girl said that I need to give her back what it is, I don't know, give her back what I took from her. So, I'm thinking she talking about, you know her freedom that she, she .. cause she don't have kids, so I'm thinking she talking bout give her back her freedom so she can.. I don't know.. I told her "I would get the kid, if she give the birth, I would pay her for the child, and she don't have to worry about it, I told her that."
- Ward: so, each time when you spoke with her



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

- [oronde voicemail plays}
- Ward: after the recordings, she was basically stating that she didn't want to meet up but she wanted to talk on the phone.
- Sinkfield: right
- Ward: and you and when she finally agreed to in that one voicemail to pee on a stick ..
- Sinkfield: uh hmm
- Ward: and you told her what..
- Sinkfield: she never peed on a stick, she never even..
- Ward: she refused to link up
- Sinkfield: thhh.. Okay, the.. when I met her at Meme'z that was between that time.
- Ward: uh hmm
- Sinkfield: so, I evidently I had met her afterwards, after she made that I met her because we had we…you see what I'm saying
- Ward: uh huh
- Sinkfield: and that's how .. all of this is before, so that had to be about, so that was around thanksgiving.. that's around when I seen her because that was umm November twenty … I think that say it's twenty first or the twenty second, somewhere in there, so thanksgiving was like right in there, see what I'm saying , so the, I was trying to meet her before thanksgiving, well before prior to that she kept, that's when all the texting, the voicemails, nigga I don't want to meet up with you cause I know you throwed.. I .. I just have a little temper but I can control it so that's where all that came from, so from November the, when we had sex until November the she was , she was calling and texting, we talk so I was like let me just see you, so thanksgiving is when I, round Thanksgiving is when I actually seen her. Around that , around that time. I can't remember what exact day but it was in that ..
- Ward: she mentioned a statement about speaking with your mom..
- Sinkfield: yea she
- Ward: About this
- Sinkfield: She went down to my mom house about that too.
- Ward: so, what did your mom say what she said to her?
- Sinkfield: I, My mom didn't even talk to me about, my sister the one that said, my sister said my mom talk to her and and my mom.. my mom talked to my sister and my brother, My brother talk to my kids mother, and my kids mother one told me about it.
- Ward: so, what did they say she said.
- Sinkfield: she said a girl came down there and said that I got her pregnant..
- Ward: okay..
- Sinkfield: and that's it. Cause my kids mom was like… you got a girl, you got some girl pregnant now, and I'm like what, so I automatically thought about



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

her, cause she the only one that's saying she, I mean that's the only person had been with and for her to say that and she, heard he

- Ward: but she said pregnant not rape
- Sinkfield: No, she never said rape in none of this, you see..
- Ward: when you.. if you can call your mom will she be able to tell me exactly what she told her what she told her when she came to her house.
- Sinkfield: yea we can call my mom now, let me, let me umm send these umm thangs. We can call my mom .. and I never talked to my mom about this,
- Ward: uh hmm
- Sinkfield: because I'm like it ain't none of my mom business, I'm a grown man, what my mom got to do with it.. but my my my kids mother the one told me that she went down there .. so, this the first day .. damn that's not it… I don't know why it won't click on em…okay…and your email…
- Ward: A L E X A N D R I A ..
- Sinkfield: that's one of em, I guess I got
- Ward: okay
- Sinkfield: send em all one at a time..
- Ward: mumble noises..

- Consciousness of guilt statements obtained 10:50:15
- Sinkfield : I ain't saying I ain't like.. I'm no .. no choir boy or no deacon in no church or anything like that but I ain't no… no… I'll .. she know, at any point, and I don' actually told her at any point if I doing something that you don't.. just tell me to stop just… or just leave, you'll .. if I don't
- Ward: uh hm
- Sinkfield: If you, If I'm doing something you don't like just leave ..
- Ward: mumbling Fulton county ga. Gov… I'm a copy it so we have to do is paste it ..
- Sinkfield: okay.. now you heard her she was like ; I'll shoot you or.. you know what I'm saying like… it ain't even that serious…. Okay you sent it?
- Ward: no, I'm a let you send it.. Umm so when you pull the next one up just pinch the screen and it should uhm hit paste..
- Sinkfield: alright
- Ward: when you put it in the tool
- Sinkfield: ok got it… umm subject..
- Ward: but this is umm, like I said just based off the initial report that was given to the umm to the sergeant who umm came to her residence to take the report, it was a lot of questions that I had, especially the timeframe..
- Sinkfield: uh hmm
- Ward: and there seem to be more of a demand on, assistance for an abortion ..
- Sinkfield: uh hmm
- Ward: and the rape was second
- Sinkfield: Uh hmm



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Ward: umm.. which is why I wanted to speak with you regarding this..
- Sinkfield: she.. she told y'all she wanted assistance for the abortion.. Oh … she told y'all that that's the rape came …oh
- Ward: she
- Sinkfield: I thought it was sexual assault
- Ward: The allegation was that she had been raped by you .
- Sinkfield: uh hmm
- Ward: and she wanted to file a police report but she also wanted assistance with..
- Sinkfield: uh hmm
- Ward: procuring you know … resources for not having the child, so that's a reason why I was like let's bring
- Sinkfield: ohhh…
- Ward: in this person because I, you know under Georgia law, in order to have an abortion after a certain amount of weeks..
- Sinkfield: uh huhh
- Ward: you have to have a police report , or it has to be because of incest or rape..
- Sinkfield: uh huh…
- Ward: and because of that people try to scur tail
- Sinkfield: uh huh
- Ward: which is why it was important for me to speak with you and now that I'm listening to voice recordings, it.. I begin to see the bigger picture..
- Sinkfield: ask her, ay ask her to umm get a DNA test.
- Ward: inhales * all this is being requested, well first we ask for a pregnancy test..
- Sinkfield: uhm hmm
- Ward: umm apparently she hasn't even been to a doctor.
- Sinkfield: smacks teeth, do she look pregnant?
- Ward: from, I can't , I .. I'm going to meet with her next week ..
- Sinkfield: hahaha
- Ward: so, that's why I said I'm glad that you did come in today and especially that you kept these voicemails also but uhh yea..
- Sinkfield: I did not… I actually had deleted the voicemails
- Ward: uh hmm
- Sinkfield: I had actually umm .. this was the wrong email, well I, I sent one by mistake…yea I had actually , why it's not clicking umm. I was deleted them these was in my deleted file.
- Ward: well good thing you was able to get those back .
- Sinkfield: because I was, I was through with her. I'm like man she crazy , as long as she can't find me I'm cool. That's all I kept saying.. I'm like she'll get over it. I I truly didn't think she was pregnant.
- Ward: uh hmm



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Sinkfield: and then
- Ward: and then why is that .
- Sinkfield: Like I said I I she told me to put it on her stomach..
- Ward: Uh hmm
- Sinkfield: that's where I put it at on her stomach
- Ward: ejaculate
- Sinkfield: yea. She was like don't nut in me she said put it on my stomach, I said cool. That was the whole .. you know .. uhm
- "This is your case against hers"
  - 11:01:53 Sinkfield: …It was a set up from the jump… and then.. she… she good now, she .. this all.. so, I'm… I'm assuming that she was… she was … cause that's the first thing like I'm assuming.. she trying to get some money, but it ain't really about the money, it more about… it's more about the uhh… the situation to put me in a compromised situation and knowing that if she put me in this situation I'm a .. I'ma pay.. what she thinking I'ma pay my way out of this situation.. that I'm a just give her the money and be through with it… And I knew she was money hungry when I first met her.. but.. I met her at a video shoot umm… the "Migos" video shoot right here on Fulton industrial..
  - Ward: uh hmm..
  - Sinkfield: by "Club Wax" and you know that's how I… I have my.. I have a small business.. I have two small businesses, I .. I sell herbs, I sell umm burdock root, bladderwrack root, I sell Tonga ali and I have free game. That's another one of my small businesses and then I .. I do Quality Community, it's my non-profit, I.. I a mentor in this community, cause I grew up in this community, I got brothers who went to prison in this community, I got you know what I'm saying so.. I know what these little boys, what then young guys, I know they kind of like going through, you know what I'm saying, and it's not like I'm telling them nah don't do this because they not going to listen to me that way, I'ma tell them hey, if you want to do this, do this and these are the consequences of what you doing… aye you got to live with it
  - Ward: uh hmm..
  - Sinkfield: you know what I'm saying, that's how I get through to them and they listen to me, you know what I'm saying… just… man you … you can talk to everybody around my neighborhood, they know me, you know what I'm saying.. they know twin and his brothers… and that.. that what all it is.. and she not really from this area but she stay right around by my mom..
  - Ward: uh hmm..
  - Sinkfield: And that's how I met her…. It just… It's just sad that she going through this, and like I said I don't want anything, I'm not , I don't want no press charges against her..
  - Ward: well, that won't really be on you …

- Sinkfield: be on… right..
- Ward: That'll be.. if.. you know finishing my.. conducting my investigation… that'll be in regard to falsifying a police report…
- Sinkfield: Ohhh…And she made a police report
- Ward: yea but, resources go into this, we take these allegations really seriously..
- Sinkfield: right..
- Ward: because if this is not what it is, now she's made a victim of you.
- Sinkfield: right….. And she made.. yawl could've easily took her word and just came and just arrested me..
- Ward: exactly…
- Sinkfield: and she is smart. She like ..she.. alright I sent four …(low- one two three
- Ward: okay, let's see…
- Sinkfield: I'm a send these……..---------
- Ward: okay, I got most of them. Yea.
- Sinkfield: Vm (hi there ! I calling from comcast exfinity to let you know your existence is
- Ward: That's not her, that's the first one..
- Sinkfield: yea I sent one of those by mistake…[crook: now you a grown ass man and somebody call you with some real shit .. like nigga if I'm reckless and I do reckless shit….. the longer it takes for you to ca…]
- Sinkfield: she is reckless
- Ward: Okay so…you have my cell phone number when you go back to …. Cause your still staying there correct?
- Sinkfield: Uh Hmm…
- Ward: Umm…
- Sinkfield: and then…if I see her call you, if she come, if she pull up on me…
- Ward: if she, if she pull up on you go ahead and call 911dispatch umm…
- Sinkfield: 911?
- Ward: (flirtatiously/ softly) yes…
- Sinkfield: why I just can't leave the area or just record her.. to show.. to show you that she harassing me…
- Ward: record.. one. Two keep your distance,
- Sinkfield: Uh hmm
- Ward: three we're already doing a report on this…
- Sinkfield: Uh Hmm
- Ward: I'm already putting what I've already heard
- Sinkfield: uh hmm
- Ward: she's already threatened to pull up on you..
- Sinkfield: uh hmm

- Ward: you've actually have recording of this.. so, if she pulls up … and does all this stuff I need every extra documentation because let's just say she is crazy enough to do something
- Sinkfield: right
- Ward: this… is now your case against hers… against her…
- Sinkfield: uhm hmmm
- Ward: because she already stated as of her, that's she's willing.. she didn't come out and say I'm going to actually shoot you or I'm going to cut you but she's alluding to it..
- Sinkfield: Uh hmm
- Ward: and to now show up to your house after playing or stating you're the victim… that you're in fear… that takes away all of that..
- Sinkfield: uhm mm… she said
- Ward: I don't know
- Sinkfield: Sinkfield: she said she in fear?
- Ward: I'm stating if that if you want to.. if that's the stance she wanted to take
- Sinkfield : ohh okay
- Ward: that she's in fear
- Sinkfield: ohh oh
- Ward: cause their stating you're going to come to the mothers house…that's the type of stuff…
- Sinkfield: Mannn, ha-ha
- Ward: I'm not telling you how people have to .. to build it up as the victim..
- Sinkfield:
- Ward: and that's why I'm saying protect yourself at all costs ..
- Sinkfield: but you hear her she said
- Ward: I can hear it
- Sinkfield: she is smart.. so..
- Ward: well, that's what I'm saying, basically I'm listening off her, or I'm basically listening to her to what she stating.. keep your distance,
- Sinkfield: uh hmm
- Ward: record
- Sinkfield: uh hmm
- Ward: No contact
- Sinkfield: uh hmm
- Ward: but if you happen to be walking out in the parking lot and you don't see anybody around start recording immediately ..
- Sinkfield: uh hmm
- Ward: but call 911
- Sinkfield: uh hmm
- Ward: but to me, recording is going to.. if you can't … you only have one phone?



****** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE** AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Sinkfield: uh hmm.. no, I got two phones
- Ward: then there you go
- Sinkfield: uh hmm
- Ward: that works out because she already thinking she's got .. the upper hand with this.. she stated that..
- Sinkfield: she using law enforcement as her weapon
- Ward: that and she stating that she's smart enough..
- Sinkfield: right..
- Ward: so, umm … but when you got back to 4100, if you see the individuals who were present.. call me I'll just come back around there and just be like yo it's a female detective, I told them what she did, she just need yawl, she needs to basically document that yawl heard her state..
- Sinkfield: uh hmm
- Ward: on last week..
- Sinkfield: right
- Ward: that she going to get the police involved..
- Sinkfield: right
- Ward: they ain't gotta go, but I don't care about no warrants, no nothing else, I just need a witness for that.. umm also your moms number
- Sinkfield: 4….
- Ward: I'm a probably give her a call just later on today umm just with me and her, just to have a quick conversation in regards to when she came by her house to have a discussion with her… umm ..
- Sinkfield: I think.. I think now that you saying that the the law.. you know how.. and how it's set up… umm.. "that's what the whole thing is, because when I refused to give her that money , that's when she started probably putting together a plan to get yawl so if she could have the abortion… "I think she still pregnant."
- Ward: what day did she specially ask you for money..
- Sinkfield: umm maybe like November 15th… somewhere between .. it was in November , it was before the holiday, before Thanksgiving.
- Ward: okay..
- Sinkfield: I can't .. I can't remember that
- Ward: was it verbal or through text message..
- Sinkfield: umm she actually asked me over the phone..
- Ward: kay..
- Sinkfield: she asked me through the umm.. she asked me before I blocked her.. before I start blocking her , when she ask me… and actually that's what had happen, "I had told her to get it in blood"
- Ward: uh hmm
- Sinkfield: And I was like I'm not giving you no money, I told you that I don't want you killing my kid, if it's my child, I want my child, I said "I'll pay you



****** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

for it, I will .. you know give you yo freedom back. Once you have the child, I'll let you go on and go, just.. just give me the child and you can go on about your business. I told her that. She like ahh I don't want no children by you, you evil, I'm like what.. if I'm so evil why you been around me for so long? You know, and why if and …she she sh she the one evil. I ain't know that. And like she use to talk about the oracles, now I do.. umm.. I do consult with umm , that's why I'm here today because they.. they let me know that it was nothing, I do have people that I … I .. I talk to , it's no witchcraft or anything like that but I do, you know seek other help..

- Ward: as your religion
- Sinkfield: Ummm I'm a spiritual person, and you know.. and so .. I can't.. umm. I umm.. I'm a .. this is kind of hard to explain but I'm a spiritual person and that's how I got into the herbs and things like that …and .. I believe we .. god designed us .. we're, we're gods within our own self, you know and that's… I'm not going sit here and explain but .. the things that I do..um..far as the healing , that's why I guess she , she gravitated to me too, from that. From the sea moss, the burdock root, the bladderwrack root because umm she had this cough one time in her chest. She had a real real bad cough from smoking and I gave her some things that kind of cleared up her cough she had terrible cough and I gave her some burdock root, I gave her some oregano oil, I gave her some umm blackseed oil, and it got that mucus out of her you know cause she had that real raspiness from the smoking..
- Ward: uh hmm
- Sinkfield: and from that ..
- Ward: I might need to get your card..
- Sinkfield: yea , holistic family lab is my umm
- Ward: where is it at?
- Sinkfield: umm..ha actually I do that out of that umm.. out of there too. 4100 . I make up all the stuff, I got sea moss, I got jars of sea moss… that I sell .. umm
- Ward: but you believe that she was gravitating towards you because of the ..
- Sinkfield: the things that I .. you know even the "QC".. but she knew . you know I was a healer because even at QC I was giving them burdock root, bladderwrack root, and things like that.. and they was like man I don't believe in all that .. you know how people are.. and when they start taking it they like man it really do work O.. And I was like , listening man we not designed to get sick and get old, and die. God didn't create us like that, we not designed to be … and you know and I just explaining all this to to a lot of people, and that's what my message is . that's what my free game come about . you know knowledge for free. Because the more we know the more we grow, and that's what I be telling these young boys that… like the more knowledge you seek the more money you can get, the less you know the less you going to make.

You see what I'm saying . and people pay for knowledge. You know what I mean. That's where your money come from. So , you know, and wha what her man.. it's like she she she.. hmmp..she knew where I.. I worked.

- Ward: uh hmm
- Sinkfield: for QC, umm she she been around all through the different little events and things like that , and that's what she.. she was using me. You know what I'm saying.
- Ward: uh hmm
- Sinkfield: and I seen it and I said that.
- Ward: and what did you do for QC or do for QC
- Sinkfield: I was, I was studio supervisor, I ran QC studios. I ran uhm Quality Control Music Studios.
- Ward: okay and that was around the timeframe that yawl had first linked up .
- Sinkfield: uh hmm.. That's how I met her, at a video shoot for the.. for the Migos
- Ward: okay
- Sinkfield: uh hmm
- Ward: well, I got the voicemails. I got plenty more than enough to kind a go on, uhm just a few more things I just need to follow up with, are you headed back to the 4100 now.
- Sinkfield: uh hmm
- Ward: Okay, if you see those people, tell them call me and I'll see them right around the corner.
- Sinkfield: alright I'll let you know
- Ward: Any questions for me.
- Sinkfield: No that's it, this umm.. just that umm.. cause I don't think she.. but if yawl go around there…[video cuts off]



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

## Violation of clearly established laws Yolanda Mack

- A reasonable person, exercising sound judgment, understands that when an individual expressly communicates disinterest, establishes clear boundaries, and withholds consent, any sexual act undertaken despite such opposition constitutes a violation. Consent cannot be inferred where clear verbal and behavioral indications of refusal are present. **Yolanda Mack** voiced a similar concept on a podcast she visited while campaigning for Dekalb County judge. [photocopy] [Mack statement transcript]
  - Podcasted:. And you're talking about education…one thing I would hope maybe we can educate today is.. what are signs of no that are ambiguous that we should still honor?
  - Mack: hahhh.. I tell all the boys… NO… ah a slow NO,
  - Podcaster: hmm mmm
  - Mack: a faint NO.. I think I might.. just take it all as a NO.
  - Podcaster: hmm mmm
  - Mack: now I know sometimes that does not seem practical right…you know we think we you know…philosophical.. but…it will save you a lot of headache and time later.
  - Podcaster: mm hmm..
  - Mack: I know it sounds.. you cliche to say no means no… it really does you know.
  - Podcaster: mm hmm
  - Mack: umm I think one thing people didn't realize you know; consent umm can be rescinded..
  - Podcaster: mm .
  - Mack: right.
  - Podcaster: let's say that again. Ha

- Mack: consent can be rescinded… some people find themselves… and I've listened to stories from the beginning to the end… and she saying yes up until a point.
- Podcaster: uh hmm..
- Mack: And she will say sometimes, oh no I agreed to that right.. I was okay with the kissing, yes I was okay with that part but then..
- Podcaster: it changed..
- Mack: I didn't want it to go any further than that. And okay that now is a No.
- Podcaster: uh hmm
- Mack: umm one thing people don't realize umm .. consent to one thing is not consent to all things.
- Podcaster: yes..
- Mack: That has become a complication..
- Podcaster: Yes.
- Mack: Because sometimes someone says.. yea I was okay with the vaginal..
- Podcaster: uh hmm..
- Mack: umm but then when he wanted to do the anal I wan .. that's when I said no.
- Podcaster: uh hmm
- Mack: so..
- Podcaster: that's let's keep that in mind..
- Mack: that's a No you know…
- Podcaster: yea that's right. period
- Mack: so umm… I think you know the education, so instead of just saying no means no.. you know getting into the.. some of the weeds in what I consider scenarios and situations that I've seen where I'm like that's a no…
- Podcaster: right…
- Mack: ha-ha



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Podcaster: And I think I don't want to do this anymore.
- Mack: That's a no.
- Podcaster: That's a no.. uh hmm
- Mack: Umm.. And if you have to question it.. just take it as a no.
- Podcaster: that's the best part… that's the word for the day..
- Mack: that is the easiest way to do it…
- Podcaster: right.. yea
- Mack: umm that is just the easiest way..
- Podcaster: uh hmm
- Mack: way to do it…
- Podcaster: No, I appreciate that because that makes a lot of sense.. for number one.. if you have to ask yourself and… I.. had a long term career in human resources and I used to say if you ever have to ask yourself what I get disciplined for this?.. then that's probably something you should not do because nine times out of ten.. you… don't put yourself in a position of the guessing game or give your supervisor or anyone else the opportunity to believe that you were doing something outside of the scope of ethics for your role.. but..
- Mack: Absolutely
- Podcaster: not same thing.. I know this is not work thing but the same idea or
- Mack: It's the same idea.. you know and.. as I was telling you before I have a son and a daughter..
- Podcaster: hmm mmm
- Mack: you know.. so, I see these cases from you know both sides you know.. you know those of us working these cases are like … I think my son should get a waiver.. you know
- Podcaster: ha-ha

- Mack: I mean just because… you.. it so.. it's so.. it seems so easy from the outside but when you're really trying to be fair and when your really trying to dig, really trying to figure out what is happening, what is going on through the minds, what was conveyed?
- Podcaster: yes
- Mack: umm .. that's important that we tell young girls, what or and.. women, what was conveyed to him.
- Podcaster: uh hmm..
- Mack: so, we see the cases where she says.. I didn't want to..
- Podcaster: uh hmm..
- Mack: He knew I didn't want to..
- Podcaster: how did he know?
- Mack: How did he know?
- Podcaster: uh hmm..
- Mack: well, I didn't.. I didn't say anything but he could tell.. like from my behavior..
- Podcaster: hmm mmm
- Mack: so now we're in the weeds, I'm like.. okay.. did you
- Podcaster: did you kick him?
- Mack: did you kick him, did you pull away, did he use any type of restraints or intimidation..
- Podcaster: right..
- Mack: no.. but he knew we had talked before, he knew this wasn't, so I'm like but at the time.. but it.. uncomfortable conversations because what is conveyed to him because to him if she had indicated at all..
- Podcaster: right..
- Mack: that she didn't want to do it..

- Podcaster: right, you know because her no was kind of you know noooo you know and she was smiling so I didn't know, and then..
- Mack: but sometimes the crazy thing is they don't even say no at all, they just say it.. they just said they just felt like the person should've known from their behavior…
- Podcaster: right, I was giving off this aura and he..
- Mack: correct
- Podcaster: umm hmmm
- Mack: umm and so we have to teach women and girls you have to use your words..
- Podcaster: uh hmm
- Mack: you know in some way to convey to them that this is not okay.
- Podcaster: clearly communicate as best as possible, I know sometimes you're in those situations where you kind of feel.. like afraid like oh man I've gotten this far.. like.. do I owe him now.
- Mack: yes..
- Podcaster: and now that's a real tough position to be in but I think what we're trying to say today is you never owe anyone anything at any time.. my favorite well I had a fav.. a couple of favorites from when Attorney Mack today but consent can be rescinded… you're never obligated, no matter how far down the road you've travelled, you can change your mind and it's the other person's responsibility to respect that…
- Mack: absolutely..
- Podcaster: if you change your mind…
- Mack: and empowering our girls and our women to be okay with using your voice.. saying I'm not okay with this..
- Podcaster: yes..

- Mack: well, I know I said I would when I got here but I have since changed my mind.. umm.. and that's okay..
- Podcaster: and that's gon be that
- Mack: and sometimes they do feel like that and that's why a lot of people don't come forward.
- Podcaster: uh hmm, because I said okay, like the one that's very popular right now..umm.. with the young lady Cassie and Puff Daddy.. right very public
- Mack: right..
- Podcaster: she stayed for eleven years you know, at first I'm sure she was down with it then she changed her mind like but hey there's a time where you could even awaken, you never know what happen spiritually , what happened physically, or that made that person say you know what .. I'm crazy to stay in this or what bound them there
- Mack: right
- Podcaster: what insecurities they have not overcome or what type of upbringing they had made them feel this is their only opportunity for survival, there's so much to…
- Mack: and never feel bad, you know or guilty about it
- Podcaster: uh hmm
- Mack: sometimes when we have just as many cases of what we call delayed disclosure..
- Podcaster: uh hmm
- Mack: which are people who don't come forward right away..
- Podcaster: yes..
- Mack: as we do with people who come forward right away..
- Podcaster: uh hmm..
- Mack: it's just as many..
- Podcaster: Okay..



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

- Mack: and so many of them.. umm.. feel bad about something that they were doing..
- Podcaster: uh hmm
- Mack: you it's that self-guilt..
- Podcaster: yes..
- Mack: you know if I just had not been drinking so much.
- Podcaster: yes..
- Mack: if I had of left when you know.. when you know. I said I was going to leave and so it takes them awhile to come around
- Podcaster: to come around right, I was flirting, I did let him touch me intimately you know..
- Mack: right..
- Podcaster: and and or a friend you know.. and
- Mack: right
- Podcaster: or whatever the case may be. Oh god, we are in the weeds guys..
- Mack: ha-ha
- Podcaster: no but this is important conversation..
- Mack: it is
- Podcaster: that we don't have, especially amongst our young people and I think educating our boys right on out it's about them respect themselves too right..
- Mack: Absolutely
- Podcaster: I think that a lot of times, it's a misconception that it's a.. a powerful thing for them and a demeaning thing for women but really our bodies are our temples, for males and females.. and we both need to respect our bodies by honoring the person that we are sharing them with if they say no
- Mack: absolutely
- Podcaster: Honor yourself by you know listening, and women too.. ha

- Mack: absolutely..
- Podcaster: because men say no and just because you're a woman doesn't give you the right to not listen to him as well..
- Mack: Absolutely..
- Podcaster: not that I'm an expert
- Mack: ha-ha
- Podcaster: I'm just saying I got a son too,
- Mack: right.. right absolutely…
-

- Stating my exact words in podcast [3/14 stills & podcast stills. Transcript of both]
  - Mack: .. and then I think with sexual assault… um because what we're learning now because it's in the media, well if that happened,
  - Podcaster: uh hmm
  - Mack: why would the person wait so long to ..
  - Podcaster: come forward
  - Mack: to say anything.. because you know we all think "if I was me.."
  - Podcaster: yea.. right
  - Mack: Ha..
  - Podcaster: until it is you..
  - Mack: Until it is you.. and when I'm trying cases I tell jurors all the time.. " we all think that we know what we would do in a situation but have you ever been in a situation…
  - Podcaster: right
  - Mack: and you said oh if I saw a crime what I would do is..
  - Podcaster: uh hmm
  - Mack: and then you freeze or you do something that you didn't even realize you were doing..
  - Podcaster: uh hmm
  - Mack: and I think umm you know with sexual assault it's that way. People think, Oh I heard that If she, if he had did all of those things..
  - Podcaster: uh hmm
  - Mack: why would she wait a year, why would you wait six months, why would you wait two or three weeks..
  - Podcaster: absolutely..
  - Mack: but umm of course you know there are so many reasons…
  - Podcaster: other reasons..

- Mack: of the you know why umm you know women are a lot of times victims just don't..
- Podcaster: uh hmm
- Mack: come forward a lot of times their embarrassed.
- Podcaster: uh hmm.. that they let it get that far..
- Mack: right.. they feel some self-guilt..
- Podcaster: uh hmm
- Mack: will anyone even believe me.
- Podcaster: yep
- Mack: right…
- Podcaster: especially if they painted a picture of perfection towards their family and now their like.. okay, I was lying.. okay were you lying then or are you lying now..
- Mack: right.. umm even going through the legal process..
- Podcaster: uh hmm
- Mack: right..
- Podcaster: uh mhmm
- Mack: People think do I want to do all of that.. you know cause it is a process that comes with it..
- Podcaster: uh hmm
- Mack: you know we have victim advocates; we try to walk them through it, hold their hands and make sure they have what they need..
- Podcaster: uh hmm
- Mack: but it still a process, do I want to take the stand and tell all the strangers..
- Podcaster: yea.
- Mack: It's something although it's not my fault..
- Podcaster: yea
- Mack: that I'm still embarrassed to ..
- Podcaster:
- Mack: to repeat,
- Podcaster: I feel like I'm an active participant even though I am the victim
- Mack: correct..
- Podcaster: and my journey as a victim shouldn't be … I'm hostage to that… in essence..
- Mack: correct…correct… so and you know those of us whose work in the field we know we have just as many people who cry out right away, as we do with people who waited..
- Podcaster: absolutely

- **CROOK'S deposition statement from 3/14/23 – [11:03:56-0400]**

  - Crook: Everybody always say what they gon' do in a situation, if a man put they hands on you, or if he rape you and.. I didn't do what I said I would do. So, I was definitely embarrassed. I'm still embarrassed. Very embarrassed.
- **Yolanda Mack office 11/14/2023 ["gross negligence confirmed]**
- CROOK: so y'all can hear what I told the mother, so y'all can understand why my mother was the one that called 911…. Because right, again, that man raped me and people are playing cause they always just bypassing his crimes. So, in all, I would like, you asking questions can we start a proper investigation from what was had, let's find the inconsistences in our stories, we got two interviews. He told a story and I told a story. The stories are just alike except for key moments that has alibis. If he didn't do anything wrong then why did he lie, cause that determine, that determines a lot of stuff. Why did he come in and say the story this way one time and come back and say it this way because if you look at my story and me keep telling the story, it's the same thing every time.
- Mack: you brought some paperwork
- Crook: umm I sent you everything in an email…. A long time ago.. ah ha… exactly, yea you didn't even know I already read you.
- Mack: what email did you send it
- Crook: p r e t t I e g r l
- Mack: Charmaine Cook?
- Crook: CROOK!
- Mack: okay… now you sent this in.. August
- Crook: Oh Yes.
- Mack: [printing documents from email]
- CROOK SIDEBAR to "Lateeka Montgomery] : they doing everything I knew they would do.
- Mack: okay I thought you had a police report
- Crook: {looking for police report}
- Mack: you said October and March when umm… I'm asking, I'm just at this point I'm just at least trying to get a broad stroke cause if I'm just being honest. I kind of heard you, haven't heard much of anything about what had happened, I .. I heard what you said, where y'all were at a hotel , were you staying there, or was he staying there. No, I was dropping him off and went there we were smoking. I smoke a lot of weed.
- Mack: okay
- ………………
- Crook: I ain't got time. That was something invading my body . I needed it out! It shouldn't have been there. His dick should've never been in my vagina. Damn sure not even a seed of his. I was being tortured from inside out… And you got your detective playing with somebody.

- Mack: detective ward
- Crook: uh, Alexandria Ward yes
- Mack: yea, that what's she
- Crook: she can't be a detective, Alexandria Ward yes
- Mack: I see her name on here
- Crook: mm hmm
- Mack: with Fulton Police Department

41:00
CROOK: now SGT Anthony Cutroneo , he has nothing wrong in this, this is detective Ward cause like he had said he had se-reached out to the DA's office so it's Alexandria Ward as of right now, far as .. who should go down … if you want to throw it on somebody cause they tried to throw it on you guys..
Mack: okay, what's your number Ms. Crook
Crook: 6…….
Mack: okay. So, I'm a meet with Ms. Ward, Detective Ward and talk to her about your case and then we'll reach back out to you ..
Crook: talk to her about my case …
Mack: cause all of the stuff your referring to, recordings and stuff they have all of that.
Crook: mhh hmm
Mack: we don't have it. So, I need to talk to her, I need to review everything that she has
Crook: Okay, yea cause a man can say to her too.. well. We've been friends for a long time she , I been with mt baby momma so she always let it be known it was never like that between us, we wasn't more than just friends, she let it be known, she didn't like me like that. That man said that and he said "I initiated. He initiated the sex. Why are you initiating sex with someone who keeps telling you it's not like that between y'all and you don't want them , don't like them like that, you think it's not violating my body when you come into me especially you got to hold me down. The man softly confessed
Mack: okay, and that's on the recording?
Crook: That's on the recording. I can, actually I can send it to your email right now.
Mack: okay
Lateeka Montgomery: So, I will set up another meeting with you after Ms. Mack's meeting with Detective Ward
Crook: Okay

45:03
Crook: I thank you for your time, umm… I thank you for your time that you finally saw me because THAT MATTERED. VERY KEY.

***<u>Voicemails contrasting Victim's story defense Cross Examination</u>***

***<u>***Where the saying "the Devil is in the details" directly applies.***</u>***



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

## 1. Page 15 Lines 15 – 34

a. Ward: It definitely kind of changes things as far as the investigation
b. CROOK: and then nigga you not slick, you not. You not. You not, you not finna trick this shit. No. Stop acting slow. You know, you know damn well I don't want no child with you, I do not never wanted to be with you , you know this shit, so stop it.
c. Sinkfield: So how we get here
d. CROOK: so why we going back and forth about ending this shit. Huhhh?[1] What's the even fucking point, why the fuck … why the FUCK, WHY THE FUCK, WHY THE FUCK you fucking got a bitch answering yo fucking phone or calling me on yo fucking phone bitch. What the fuck is wrong with you.. huhh..[2] nigga if you don't hurry up and end this shit, we got some real muthafucking problems and you know we do. we know we do cause "I can't fucking play with you"… so what the fuck we about to do?" huhh…huhhh[3]…ain't no fucking waiting game, we ain't got fucking time nigga. So, stop fucking playing with me. Cause if I have to ride around and look for you nigga, you better hope like hell I roll up and I be calm enough to talk to yo ass. Okay.. cause let me tell you something about me, "Crook don't play herself off the streets, Crook get to do whatever the fuck she want to do, cause The Crook is fucking smart.. Oronde don't fucking play with me, I'm not the fucking one..[4] you need to call me back ASAP… You want me to pee

---

[1] You know you violated me, and you know you are a dead man walking.
[2] You want to use bitches to intimidate me/scare me.
[3] You know I can take you down and anybody in my way. You know I will destroy it all. (*it was stated right before Oronde sexually assaulted Ms. Crook, "I will never fuck with you like that. You like to put yo hands on women. And I don't play that shit. You the type of nigga you got to put down, and I'm not about to play myself of these streets for nobody." Oronde's response "ooh you turn me on, you my lil gangster boo, I want to have a son by you so he can be raised by someone like you.." Oronde began to violate Ms. Crook and they began to wrestle, after 7-10 minutes, Ms. Crook was exhausted, Oronde was able to finally pin Ms. Crook's arms up above her head restricting her arm movements because she was using her hand[s] to cover her vagina stopping Oronde's penis from penetrating her vagina. Once her arms were pinned, Ms. Crook tried to use the crossing of her legs at the ankle, knees, and inner thigh muscles to keep legs closed. After a few seconds or 1-3 minutes Oronde began to use his body to stop the movement of Ms. Crook trying twist out from under him while keeping her legs closed. He ultimately was able to use his knee and full body weight to pry Ms. Crook's leg open and forced himself into Ms. Crook. Immediately after, Oronde stated "damn, that was good, I never nutted that fast. You, you want to go again?" Ms. Crook overwhelmingly upset responded "what the fuck I didn't even want it in the first place" Oronde's response "man, whatever." Ms. Crook then began to go in her purse grabbing her gun while stating " whatever, whatever, nahh ain't no whatever, like it's dead ass fucking serious" while Ms. Crook grabbing her gun Oronde was fumbling with his pants where his gun was and he was pointing his pants towards her carefully watching her every move while she was speaking.
[4] It's all in my hands, remember I'm the nigga that know too much for her own good. Remember I'm smart, you can't get out of this. The cases are bulletproof.

on a muthafucking stick nigga, I'll pull down my fucking pants and pee right in your muthafucking face and I'll piss on you afterwards,

e. Sinkfield: ha-ha

f. CROOK: Bitch! Stop fucking playing with me..

   i. **(b) – "and then nigga you not slick, you not. You not, you not finna trick this shit.[5] No. Stop acting slow.[6] You know, you know damn well I don't want no child with you, I do not never wanted to be with you, you know this shit, so stop it.[7]**

   ii. **(d)** "so why we going back and forth about ending this shit. Huhhh?"

   iii. **(d)** "why the FUCK, WHY THE FUCK, WHY THE FUCK you fucking got a bitch answering yo fucking phone or calling me on yo fucking phone bitch. What the fuck is wrong with you.. huhh.."

   iv. "Okay.. cause let me tell you something about me, "Crook don't play herself off the streets, Crook get to do whatever the fuck she want to do, cause The Crook is fucking smart.. Oronde don't fucking play with me, I'm not the fucking one.."

2. **Page 16 Lines 6-26**

   a. CROOK: you really lame. And you really evil, going out like a bitch, you put yourself in this situation, just like you said we more than just friends, I said no . your my friend and that's it. Stop playing with me.[8] I don't feel good. I don't want this shit. I drink every day . still drinking. This shit coming up out of me even if I got to beat it up out of me. Bitch. Fuck you. Your crazy . your delusional. You need to fix this situation and go about your fucking life and leave me the fuck alone for good and stay away from me. I fucking hate you. And I don't want nothing to do with you ever again in life. You played yourself. You're the fucking evil one.[9] You…this where it really started, when you said I'm a fuck up my blessings, my mouth will fuck up my blessings that's why I went off on you back a month ago..[10] Nigga don't you ever fix yo muthafucking mouth, clearly for you to say some shit like that, you just fucking cursed me. Fuck you, you ain't not fucking blessing. All you is is a fucking curse. I rebuke you. Okay. Now we gon have a problem because now

---

[5] You not going to get away with this like you've been able to get away with all your other crimes.

[6] You know what you did.

[7] I never wanted to be with you in any physical way and the boundaries have always been clear.

[8] You are a Rapist. You forced your dick into me and now I'm being violated by a demon sent by you. [Oronde called Ms. Crook "evil" because she refused to carry or have a "rapechild."]

[9] YOU DID SOME FUCKED UP EVIL SHIT TO ME. YOU ARE A FUCKING PYSCHOPATH. I AM NOT YOURS AND NEVER EVER WILL BE!

[10] Ms. Crook "specifically" referencing "an estimated date of an event that was horrific & problematic" An event that started a brewing storm of "chaos."

remember how powerful I am, I'm gon fuck you up without even touching you.. lil' bitch.[11]

i. Sinkfield: mhhmm

b. Crook: so please

i. Sinkfield: [swallows hard]

c. CROOK: cooperate so stop the damage that you caused here yourself lil' bitch.[12] Yes I'm talking to you like this because you pissing me off. I'm pissed the fuck off, you not changing my mind. I don't want you. Damn sure don't want this. So, fuck you. And end it.[13]

i. (a) - you really lame. And you really evil, going out like a bitch, you put yourself in this situation, just like you said we more than just friends, I said no . your my friend and that's it. Stop playing with me.

ii. (a) - Bitch. Fuck you. Your crazy . your delusional. You need to fix this situation and go about your fucking life and leave me the fuck alone for good and stay away from me. I fucking hate you. And I don't want nothing to do with you ever again in life. You played yourself. You're the fucking evil one.

iii. (a) - You…this where it really started, when you said I'm a fuck up my blessings, my mouth will fuck up my blessings that's why I went off on you back a month ago..

iv. (a) - Fuck you, you ain't not fucking blessing. All you is is a fucking curse. I rebuke you. Okay. Now we gon have a problem because now remember how powerful I am, I'm gon fuck you up without even touching you.. lil' bitch.[14]

---

[11] My case against you is already complete. It's "bulletproof." You can try to "pay" to make this go away like everything else, but it's not because I'll take down each and everyone who helps you. I promise that when I'm done with you, those same people on y'all payroll will be the same ones that guarantee you get the "DEATH PENALTY" because I'm going to let dig their own graves so I can expose just how fucked up you all is! When the facts come out, the damages will be so big that there will be no other choice but to make an example out of all who tried to protect a RAPIST. I'm going to let the same corrupt system be the one to put you to death Oronde Kermit Sinkfield while I watch joyfully because these voicemails lead down a rabbit hole of tangible evidence leading to everything that's going to destroy any "cover-ups." (hence why the deep swallow, and nervousness when it was played to Ms. Ward. He told y'all I was smart. That's him saying "please help me!, I finally fucked with the right one, she going to make me pay for what I did to her. Can you help me please because she is real smart so you might go down for helping me because she smart enough to know how to prove everything that will be done to cover up these crimes.)

[12] Stop playing now, you know crook know too much and I can prove what you did to me.

[13] You can't make me love you or want you. It's never going to happen and now you don't even get to be a friend to me. All access is gone. You are a dead man walking.

[14] That's Crook telling Oronde that she is going to let the "DOJ" put "him down"(death penalty) because after she show everything that will be done to hinder Oronde's Apprehension and sentencing, Those involved will be made an example of and Oronde will issued the harshest sentence possible because of his present actions and his past.



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

## CROOK'S STATEMENT'S THAT COINSIDE WITH VOICEMAILS

1. **Oronde trying "trick this shit and play slow"**
    a. Sinkfield: Right and that … that's all I thought this was.. I mean not this but that's what I thought .. me and her was going through. I didn't know it was getting to this . but I come to find out that this is just so I can come out of hiding. I don't like dealing with a girl.. like she.. she … she's just a headache. She argumentative. You know umm it's a few more things but I'm not going to go into that but she just, she just not the woman that I want to be around.
    b. **_Page 10 Lines 5-15**
    c. **Page 10 Lines 16-29**
    d. **Page 17 Lines 19-24**
    e. **Page 17 lines 32 – Page 18 Line 7**
    f. **Page 18 Lines 39 – Page 20 Line 15**
    g. **Page 20 Lines 31 – Page 21 Line 4**
    h. **Page 21 Lines 38 – Page 22 Line 21**
    i. **Page 26 Line 37 – Page 27 Line 23**

## (Why the voicemails do not "contrast" her statements.)

## *ORONDE'S ALIBI CROSS EXAMINATION*

## *(Exposing his lies and his conscious awareness of what he did.)*

1. *Stated beginning November is when incident occurred [INCOSITENT STATEMENTS PLUS Crook's Alibi(photo w/mother).]*
2. *stated he left "home" November 1st or October 31st [U-HAUL RECEIPT]*
3. *stated Crook began to come up with plan when he told her "get it back in blood"- [Crook's 11/03/22 NOTES ]*
4. *stated he knew her "4 to 5 years" – [FILE & EVENT PHOTOCOPY]*

## Oronde's Self-Incriminating/confession Statements

**What is Consent for sexual activity?** In Georgia, consent for sexual activity means a voluntary, enthusiastic, and clear agreement, but the law focuses on the absence of force or fraud, defining rape as against "will."

**"Against Her Will":** For offenses like rape, Georgia law defines it as "against her will," meaning without consent, and doesn't legally require explicit "affirmative consent" or "freely given" language, though advocates stress its importance.

1. **Incapacity:** Consent cannot be given if a person is incapacitated by drugs, alcohol, sleep, or other conditions.
2. **Voluntary & Ongoing:** Consent must be freely given, enthusiastic, specific to each act, and can be withdrawn at any time, even mid-activity se
3. **Not Assumed:** Silence, lack of resistance, or prior sexual history does not equal consent. It must be clear and active.
4. **No Coercion:** Consent obtained through force, intimidation, manipulation, or abuse of power is not valid

1. Page 11, line 33- page 12 line 16
   a. Sinkfield: and that's it..I .. In her ..okay.. to me. Because we only had, we only had… this sex. .. from the. From the.. I've been knowing her for like four or five years… the four or five years that I've been knowing her, I've been with my kids mother. So, she always expressed that it's nothing . . prior .. up until this time I was with my kids mother.. when I left from over there, that's when me and her started to seeing each other regularly, everyday.. you know what I mean and all that … and I asked her one day.. I was like what is this man, what what you and I.. you be around , you pick me up, you know what is this. Oh, I just want to be your friend. So, I was like , man you using me man.. man, you using me.. she like using you for what..I said man you using me, you trying to, you want me to help you get this rap career you want me to.. I'm like I can't do that , I can't take you to get it , she was like yes you can ladada… it.. it .. it takes you to listen to the audio to tell you what type of … I'm not saying she's a bad person but I'm saying she has this controlling mechanism; you know what I'm saying.. you know how it just like .. and when that day when she, when she was laying on the bed, I knew that.. it wasn't like that . you get what I'm saying? Cause she can take control of every situation, she'll tell you NO, STOP, NIG, GET OFF ME.. you know what I mean, and she carry. She carry so if at any point that she feel any kind of threat or any kind of… you know what I'm saying … she know how to stop a situation..
   b. Ward: so, your stating she had a firearm on her that day?
   c. Sinkfield: YEA she keep a fire.. she I mean she..
   d. Ward: Did you see it



**** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.**** ***

e. Sinkfield: YES.. I'm … I don't want, I forgot I'm being recorded. I don't like, I'm not doing this ..
    1. Here, Oronde admits and states Ms. Crook created and gave clear boundaries of disinterest, even after his situation had changed into becoming single.
    2. Here, Oronde also admits and states Ms. Crook's exact words she told him before he violated her. " No, STOP, NIG, GET OFF ME" Ms. Crook stated in both interviews that she had vocally told him "NO, STOP, GET OFF ME."

**2.** Page 10 Line 37- page 11 Line 20

a. Sinkfield: Umm.. she came probably about … three in the morning, two in the morning, somewhere in there.. umm she came and met me at the hotel and she spent the night. And it was …we talked and …that's it.. I mean you know.. we was already… how can I say. Okay she tell me .. that… okay I just want to be your friend. I just want to be.. you know how that. That .. I just want to be your friend. So, I'm like well why you at my room at this time… this time in the morning..

b. Ward: uh hmm

c. Sinkfield: you know why, what what's up with that.. Oh, I just want to be your friend so .. we was sitting there of course umm.. well, I'm.. I smoke.. I ain't saying nothing about her. I'm not admitting nothing. I smoke. So, I smoke.

d. Ward: smoke what?

e. Sinkfield: Oh, I smoke weed.

f. Ward: okay

g. Sinkfield: so, I smoke and it wasn't no … no … it wasn't nothing because I went to the bathroom, I took a shower, she was still in there.. you know if it was … you know what I'm saying .. If.. If I felt any kind of tension I would've said you can leave.. if it was anything .. you know what I mean.. and it wasn't … It wasn't … sexual assault… Man that's a serious charge.. I..

h. Ward: so.. leading up to you all being intimate. How did that go? Was there a conversation, was there any word or verbiage saying you know I'm not interested or not right now

i. Sinkfield: Noooo! Ahh.. nah

j. Ward: who initiated it?

k. Sinkfield: I initiated it.
    1. Oronde admits he initiated "sex" with Ms. Crook after she clearly says she is still stating she just wants to be his friend and that's it.
    2. Ms. Crook stated she entered the room because they were smoking weed, Oronde stated "well I smoke"
    3. Oronde stating, he was like "well why you at my room at this time… this time in the morning…." & "so, I smoke and it wasn't no … no … it wasn't nothing because I went to the bathroom, I



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

took a shower, she was still in there.. you know if it was … you know what I'm saying .. If.. If I felt any kind of tension I would've said you can leave.. if it was anything .. you know what I mean.. and it wasn't … It wasn't … sexual assault… Man that's a serious charge.. I..

a. Photo of Oronde late hours, later than 3 am

**3.** Page 22 Line 29-40

a. Ward: so, that's why I said I'm glad that you did come in today and especially that you kept these voicemails also but uhm yea..
b. Sinkfield: I did not… I actually had deleted the voicemails
c. Ward: uh hmm
d. Sinkfield: I had actually umm .. this was the wrong email, well I, I sent one by mistake…yea I had actually , why it's not clicking umm. I was deleted them these was in my deleted file.
e. Ward: well good thing you was able to to get those back .
f. Sinkfield: because I was, I was through with her. I'm like man she crazy , as long as she can't find me I'm cool. That's all I kept saying.. I'm like she'll get over it. I I truly didn't think she was pregnant.
g. Ward: uh hmm
    1. Deleting messages, only recovering certain voicemails. There was a total of 9 sent. Three voicemails (x) three days
    2. "she'll get over it"

**4.** Page 17 Line 22-24

a. Sinkfield: no.. nah I really.. ha-ha .. been trying to duck her.. and I'm glad because I didn't know all this was going on. I just thought that .. she might hit me with her car or something like that .. or
    1. He knew about rape allegations, where is Detective Ward's statement she received from Oronde's mother Louise Sinkfield?

**5.** Page 26 Line 24 – Page 27 Line 9

a. Sinkfield: I think.. I think now that you saying that the the law.. you know how.. and how it's set up… umm.. "that's what the whole thing is, because when I refused to give her that money , that's when she started probably putting together a plan to get yawl so if she could have the abortion… "I think she still pregnant."
b. Ward: what day did she specially ask you for money..
c. Sinkfield: umm maybe like November 15th… somewhere between .. it was in November , it was before the holiday, before Thanksgiving.
d. Ward: okay..
e. Sinkfield: I can't .. I can't remember that
f. Ward: was it verbal or through text message..
g. Sinkfield: umm she actually asked me over the phone..
h. Ward: kay..

i. Sinkfield: she asked me through the umm.. she asked me before I blocked her.. before I start blocking her , when she ask me… and actually that's what had happen, "I had told her to get it in blood"
j. Ward: uh hmm
k. Sinkfield: And I was like I'm not giving you no money, I told you that I don't want you killing my kid, if it's my child, I want my child, I said "I'll pay you for it, I will .. you know give you yo freedom back. Once you have the child, I'll let you go on and go, just.. just give me the child and you can go on about your business. I told her that. She like ahh I don't want no children by you, you evil, I'm like what.. if I'm so evil why you been around me for so long? You know, and why if and …she she sh she the one evil. I ain't know that. And like she use to talk about the oracles, now I do.. umm.. I do consult with umm , that's why I'm here today because they.. they let me know that it was nothing, I do have people that I … I .. I talk to , it's no witchcraft or anything like that but I do, you know seek other help..
    1. "I had told her get it back in blood"; Ms. Crook stated he told her this and then that's when she went to Oronde's mother house to speak to her, Ms. Crook went to Ms. Sinkfield's house 11/29/22. Thanksgiving in 2022 was on 11/24/22… Ms. Crook didn't know she was impregnated until 11/20/2022. Oronde told Ms. Crook to "get it back in blood" 11/27/22 or 11/28/22, the same day Oronde changed his number.
        1. Oronde admits he did not speak or see Ms. Crook until around Thanksgiving. He admits and confirms that communication did not began until 11/21/2022, just as Ms. Crook states in her Deposition from 3/14/23.

**6. Page 12 Line 35- Page 13 Line 3**

a. Sinkfield: Umm.. I'm looking up the date right now… and almost deleted them. See… November the 22nd this, that this was the first one, this.. well, this was the first one… see the…see…where…see these.. this.. this is in October, she never. She didn't send me NO ahh umm nothing in that's October , she didn't send me nothing, no ughh ahh … no… no text messages…until … this way in November .. this is her number.. see all of these.. these are her number
b. Ward: go ahead and play that first one for me.
c. Sinkfield's Voicemail: Hey Oronde, give me a call back…
d. Sinkfield: oh, that's my mom.. let me go back to that number.. I don't know why it… okay November the 21st.
e. Ward: okay November 21st
    1. Admits/Proves nothing was sent until November 21, 2022.



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

# Inconsistent Statements

1. **Page 17 Line 32 – Page 18 Line 20**
   a. Ward: okay… Oh lord…so you said when you did have sex, you only had sex one time…
   b. Sinkfield: right. Well, we might've had sex twice. But I remember this time because I … and that's what I'm saying..
   c. Ward: Was this the last time or the first time…
   d. Sinkfield: umm this was the.. last time.
   e. Ward: okay
   f. Sinkfield: No.. This was… because I think we had sex.. twice that day or it was like that morning and then that night. I mean that morning was about three or four in the morning and then that following, well that same day, that night so it was still that same day
   g. Ward: okay
   h. Sinkfield: I think that's what happened cause we had.. I want to say we had sex twice, but it might've been one time. It might've, I'm just getting them all confused in the same … cause it was in the same day. So, I can't remember.
   i. Ward: but your basically stating that if even if it was once or twice, it was still within the same day, not separate days..
   j. Sinkfield: yea not separate days
   k. Ward: okay..
   l. Sinkfield: and that's why
   m. Ward: so that means she was with you for a relatively long period of time?
   n. Sinkfield: right, she came that morning
   o. Ward: uh hmm
   p. Sinkfield: then she.. well, I took a shower everything we had sex and then she left about five, six that morning.
   q. Ward: uh hmm
   r. Sinkfield: Then she came back later on that day, you see what I'm saying, still that same day. So that's how that.. how that was .
   s. Ward: can you go to your messages or to see from that day that .. y'all had linked up, did she contact you or text you after she left..
   t. Sinkfield: uhm Nah I don't even have no messages from her. Nah I don't even have no messages from her. I deleted them all my messages. Nah I don't even have em
      1. How you don't know how many times you put your dick in someone. Especially if it's the first time you had sex with someone you've known for 7 years?
      2. How you don't know or how can you be confused about if you put you dick in someone once or twice? It's not like it's to many times



*** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.****

to count or a range of amount of times. Once or Twice… there no confusing the two, it's either one time or two times.

2. **Page 16 Line 6-15**
   a. ***"CROOK: you really lame. And you really evil, going out like a bitch, you put yourself in this situation, just like you said we more than just friends, I said no . your my friend and that's it. Stop playing with me. I don't feel good. I don't want this shit. I drink every day . still drinking. This shit coming up out of me even if I got to beat it up out of me. Bitch. Fuck you. Your crazy . your delusional. You need to fix this situation and go about your fucking life and leave me the fuck alone for good and stay away from me. I fucking hate you. And I don't want nothing to do with you ever again in life. You played yourself. You're the fucking evil one. You…this where it really started, when you said I'm a fuck up my blessings, my mouth will fuck up my blessings that's why I went off on you back a month ago"***
      i. ***"Why I went off on you back a month ago." – voicemail left by Ms. Crook***
         1. **If this voicemail was left between 11/21-24/2022…**
            - *Page 16 Line 4-5 { "Sinkfield: yes, three on the twenty first, and three on the twenty second, yea and one on the.. two on the twenty fourth… these two right here.. "}*
      - *A month prior would be 10/21/2022…. Which could be also suggesting any dates 10/15/2022 - 10/20/2022…*

******WHAT REALLY HAPPENED IN OCTOBER???******

3. **Page 9 Line 16-18**
   a. Ward: okay so.. let's .. let's do this. Let's start back to the date yawl had allegedly met up on .. which is October 7th…
   b. Sinkfield: That's… That's not correct.
4. **Page 12 Line 35- Page 13 Line 3**
   a. *…"see the…see…where…see these.. this.. this is in October, she never. She didn't send me NO ahh umm nothing in that's October , she didn't send me nothing, no ughh ahh … no… no text messages…until … this way in November .. "*
5. **Page 26 Line 24 – Page 27 Line 9**
   a. *"Ward: what day did she specially ask you for money.. Sinkfield: umm, Maybe like November 15th… somewhere between .. it was in November, it was before the holiday, before Thanksgiving."*
6. ***Page 20 Lines 8- 28***
   a. *"Sinkfield: she never peed on a stick, she never even..*
   b. *Ward: she refused to link up*
   c. *Sinkfield: the.. Okay, the.. when I met her at Meme'z that was between that time.*
   d. *Ward: uh hmm*



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

e. *Sinkfield: so, I evidently I had met her afterwards, after she made that I met her because we had we…you see what I'm saying*
f. *Ward: uh huh*
g. *Sinkfield: and that's how .. all of this is before, so that had to be about, so that was around thanksgiving.. that's around when I seen her because that was umm November twenty … I think that say it's twenty first or the twenty second, somewhere in there, so thanksgiving was like right in there, see what I'm saying , so the, I was trying to meet her before thanksgiving, well before prior to that she kept, that's when all the texting, the voicemails, nigga I don't want to meet up with you cause I know you throwed.. I .. I just have a little temper but I can control it so that's where all that came from, so from November the, when we had sex until November the she was , she was calling and texting, we talk so I was like let me just see you, so thanksgiving is when I, round Thanksgiving is when I actually seen her. Around that , around that time. I can't remember what exact day but it was in that ..*
h. *Ward: she mentioned a statement about speaking with your mom.."*

## CAPTAIN ROCHELLE ALEXANDER

On October 2, 2025, Ms. Crook visited the Fulton County Police Department and spoke with Captain Alexander about the misconduct, mishandling, hindering an apprehension/punishment of a criminal, and the conspiracy against her rights. Ms. Crook played clips of the deposition for Captain Alexander and was in agreeance that what had happened was not okay. Ms. Alexander failed to contact Ms. Crook or follow proper protocols and procedures when dealing with such matters. Captain Alexander is aware of the mental anguish, depression, PTSD, and emotional toll Ms. Crook has had to endure.

On October 4, 2025 Ms. Crook hand delivered to Fulton County Police Department a demand letter with an invoice attached to it for damages of Captain Alexanders action and an immediate arrest and detainment of Oronde Sinkfield and Alexandria Ward.

Ms. Alexander told Ms. Crook she would speak with Ms. Ward and get back to her. Ms. Crook then told Ms. Alexander she doesn't need to speak to Ms. Ward, that she needs to review both depositions so she can see the entirety of what Ms. Ward did and arrest her.

As of December 29, 2025, Ms. Crook has not heard back from anyone from Fulton County Police Department about her case.

Captain Alexander was aware Ms. Crook's case did indeed in fact have "sufficient evidence" and that the "insufficient evidence" classification making the case unfounded was **HUGE** procedural error and a manifest of injustice.

## CONCLUSION

If Ms. Crook was just claiming rape for "abortion assistance" or to "scur tail" Georgia's abortion law then why did the clinic notate that the pregnancy came from "force" in December 2022. If the false narrative that Oronde included, the one where he stated she began to put this plan together when he told Ms. Crook "get it back in blood bitch" still wanted to be used then even that option of the narrative fails because Ms. Crook did not find out she was impregnated until November 21, 2022, Oronde confirms his statement was made after November 24, 2022. Two ways this can be confirmed, 1. The date he changed his number is the day he said that and 2. Ms. Crook's saved note from November 3, 2022, 18 days before she knew she was having her flesh stolen and ancestry broken into she documented a statement regarding the sexual assault.

The Voicemails, ultimately concludes a very upset individual going through a range of emotions from anger to rage and almost into madness that almost resulted in insanity. It takes a deeper turn and it shows a plea for cooperation before further damages are created. It also shines light on the "games" that will be played that will fail. It "screams" as a "WARNING." A declaration that has already completed its preparation. To conclude, the voicemails, when you actually listen to what's being said, it's coded in language and has statements that directly link to certain "things." Also, it can be proven Ms. Crook purposely sends communication of this nature to be used against her, it's a strategy to expose lies brought against her when she is wronged and the wrongdoer tries to lie their way out of the situation.

Ms. Crook's case 2023000240 not only exposes a sick and evil individual, but it exposes a sick, evil, and corrupt system. This case was one of the easiest cases to solve and close ethically and justifiably.

**If the continuance of Fulton County Police Department's procedural errors, misconduct, and manifest injustice continues, Ms. Charmaine C. Crook's "unalienable rights" will not be misconstrued and ALL conspiring "agencies" and "conspirators" are considered a "Threat" to Ms. Crook until this situation has been resolved.**

**CHARMAINE C. CROOK has a right to "justice" regardless of who acknowledges it as so.**

Alexandria Ward failed to cross examine both statements. If she would've cross examined she would've found out how truthful I, Charmaine C. Crook was and how serious I was about the entire situation. Ms. Ward didn't care about the truth or justice. If she did, she would've found out about the amount of extensive evidence that there actually was. She sat and plotted to create a horrendous false narrative about me, Charmaine C. Crook! Ms. Ward gave vital information away that thwarted the investigation, denied me in state health care, violated



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

crime victim rights, obstructed justice, hindered apprehension of a criminal. They've all had an "ample" amount of time to correct their wrongdoings and have chosen not to. All involved acted with malice with intent to create an injury and have clearly and wilfully decided to violate many "clearly established laws." Charmaine C. Crook's Crime Victim Bill of Rights have been completely violated in too many ways.

Respectfully Submitted,

______________________________

CHARMAINE C. CROOK
Complainant/ Victim/ Survivor/ In Propia Personam



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******