# EXHIBITS

## 1. Depositions photocopy



**Alexandria Ward knew what she was doing. She would've arrested me that day if I didn't have those clinic notes from Planned Parenthood.**

## 2. Podcast photocopy






***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.* *****

## 3. Email sent to Yolanda Mack

[illegible] Gmail - case# 2023-[illegible] - Charmaine Crook

Gmail Charmaine Crook <[illegible]@gmail.com>

**case# 2023-[illegible] - Charmaine Crook**
1 message

Charmaine Crook <[illegible]@gmail.com> Thu, Aug 10, 2023 at 6:51 PM
To: yolanda.mack@[illegible].gov

Hi,
I am Charmaine Crook. I had a case going on that was unfounded. I'm confused because no one reached out to me, to either speak with status or on the inconsistencies between both parties. There was no fact finding, only plotting and scheming to help a rapist flee criminal prosecution. If he did nothing wrong then why lie at all. I picked him up from work. I've known him for 7 years. his baby momma kicked him, then his momma kicked him out, his friend kicked him out of her juice bar and I got the uhaul for him in Oct 2022 when he moved into 4100 wendell dr. there was a police call his baby momma made on him when she kicked him out. there is footage from the laundromat that would show me and him did not have a cordial conversation because HE RAPED me. he even softly confessed in his interview. his stories changed. then he said i was cool WELL WHEN DID I STOP BECOMING COOL?? WAS IT WHEN HE FORCED HIS DICK IN ME AFTER THE 1000TH TIME ME TELLING HIM I DONT WANT HIM OR IT! THAT MAN COULDNT PAY ME TO FUCK! and my voicemails.. VOICEMAILS ARE MADE TO BE REPLAYED! and those wasn't all of them a few are missing... I wonder what they said.

7 attachments
- D.A LETTER OF COMPLAINT.pdf 41K
- fbi fulton county complaint copy.pdf 65[illegible]K
- 1.pdf 44[illegible]K
- 2.pdf 10[illegible]K
- MyChart - Visit Summary.pdf 40K
- 3.pdf 62[illegible]K
- 4.pdf 237K

**LETTER OF COMPLAINT**
**FORMAL COMPLAINT**
FULTON COUNTY DA

I would like to file a complaint on ADA Yolanda Mack and DA Fani Willis for negligence and the mishandling of my case 2023000240. I am the victim of a serial aggressor whose history is full of violent and or aggressive offenses. There is no reason why I wasn't at least spoken to. If their jobs are to just take the word of the detective without briefing the file and following up with the actual victim before coming to decisions then excuse my nuisance. Character and habit evidence shows capability of such offense. To further my complaint, the assailants name should've been an alarm to see what's actually going on. So now was it the DA's office negligence why my case was handled the way it was or were they all racketeering and conspiring to protect the assailant, in aiding and abetting as an accessory after the fact, either way my case was mishandled. By Both the Detective and the District Attorney's office and due diligence was not done. My rights have been violated.

If due diligence would have been done I would have been brought before a court to present my case. The accused has every right to defend themselves against their accuser. The victim has every right to be heard to prove if a person or persons is guilty. All that has been done is everything to not prove he is guilty.

[illegible] 1/1

**__________________________________________________________________> was aware of the mishandling, hindering of apprehension/punishment of a criminal. Intentionally grossly negligent causing intentional infliction of emotional distress.**

**[email neglected "two" times. Once when sent (8/10/23) & (11/14/23)**

1. **Mack office transcript (11/14)**
   - **Her comfirming email received**
   - **Her stating fulton county at fault**

## 4. Planned parenthood statements



*** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.****




>

documented proof of pregnancy from "force" and it was someone I knew who forced themselves onto me.

## 5. Crook's11/03 notes

>proves I was violated before I even knew about a pregnancy… also this leads further down the rabbit hole. 18 days before I knew I was impregnated I noted in my notes and said I was violated.




## 6. U haul receipt




>proves he lied about his move out date.



*** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.****

## 7. <u>Producer camp photo(timeline)</u>




**≥proves he lied about how long he knew me… actually met in 2016, maybe the end of 2015. [initially met a Migos video shoot 2015, then ran into him at neighborhood gas station in 2016. Then began to hang out after 2016 encounter. Also, this proves he likes to "take" the ideas of Charmaine C. Crook.**




**<u>*** "not about to trick this shit">"</u>**
**he purposely said 4-5 years because he was trying to hide how long he actually knew me and how close we actually were because if I was around then I would know about Fani Willis, Nathan Wade, and Paul Howard. *****



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.*******

## 8. Pregnancy test photo 11/21/22



**≥proves I did pee on a stick… [Apart of "Playing slow trying to trick shit"…]**







## 9. Ward text messages





***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

## 10. 10/31-11/01 lie buster




**>proves incident didn't happen 10/31 or 11/01(plus the gestation age (when incident occurred) was recorded by Jacksonville clinic states proves that also.)**




## 11. Income Changes.









**>change in income proves something that "threw" income off or something was happening causing a loss of income.**





***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

# Fulton County Police Department

Incident Case Number: 2023-000240

Reporting Agency: Fulton County Police

Print Date/Time: 06/29/2023 12:03:57

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

Agency Name: *Fulton County Police Department*

ORI: *GA0601300*

Case#: *2023-000240*

Date / Time Reported: *03/02/2023 14:26 Thu*

Last Known Secure: *10/07/2022 01:00 Fri*

At Found: *10/08/2022 02:00 Sat*

Location of Incident: *4100 WENDELL DR SW, Unincorp Fulton Coun*

Gang Relat: UNK

Premise Type: *Hotel/motel/etc.*

Zone/Tract: FC23

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | *Rape* *16-6-1* | F | *Personal Weapons (hands, Fist, Feet, Arms, T* | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO**

**VICTIM**

\# of Victims: *1*   Type: INDIVIDUAL   Injury: None   Domestic: NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | *COOK, CHARMAINE* | *1,* | *10/31/1991* | *30* | *B* | *F* | *1AQ* | *Resident* | |

Home Address: *3875 BAKERS FERRY RD SW , Atlanta, GA 30331-*

Email:

Home Phone: *678-629-9233*

Employer Name/Address:

Business Phone:

Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) WI = Witness IO = Involved Other RP = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Home Address: Email: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Home Address: Email: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID#: *WEBB, S. (FCPD648)*

Invest ID#: *WARD, A. (FCPD1262)*

Supervisor: *LOWE, D. A. (FCPD1130)*

Status — Complainant Signature:

Case Status: *Unfounded* *04/04/2023*

Case Disposition:

Page 2

# INCIDENT/INVESTIGATION REPORT

*Fulton County Police Department*

Case # *2023-000240*

Status Codes 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

| DRUGS | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated: *NONE (NO BIAS)*

NARRATIVE

On 03/02/2023 at approximately 1443 hours, I received a phone call from dispatch regarding a victim that wanted to report a rape that occurred around October of 2022.

# REPORTING OFFICER NARRATIVE

| Fulton County Police Department | | OCA 2023-000240 |
|---|---|---|
| Victim: COOK, CHARMAINE | Offense: RAPE | Date / Time Reported: Thu 03/02/2023 14:26 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 03/02/2023 at approximately 1443 hours, I received a call from dispatch in reference to a victim, Charmaine Cook([redacted]/1991) that wanted to report a rape that occurred at 4100 Wendell Drive between 10/07/2022 and 10/08/2022. The victim currently lives at [redacted] Road Atlanta GA 30336.

I called Charmaine Cook(678-629-9233) over the phone and was able to talk to her about the situation. She was upset because she couldn`t get an officer from the Atlanta Police Department to respond to her residence located at 3875 Bakers Ferry Road Atlanta GA 30331 to file a report.

I explained to her that the incident location fell within unincorporated Fulton County and that it was outside of the Atlanta Police Departments jurisdiction. I told her that I would respond to her residence to take this report.

Upon arrival, She told me that on either 10/07/2022 and/or 10/08/2022 between 0100 hours and 0200 hours, she had picked up her family friend(Oronde Sinkfield [redacted]978) from his place of employment in Atlanta and took him back to 4100 Wendell Drive Atlanta Ga 30336 where he was staying with a friend. She did not remember what room he stayed in.

They went up to the room to smoke weed and were just hanging out.

The suspect, Oronde Sinkfield, began making sexual advances toward the victim. The victim told him several times that she was not interested and to stop. She told him that he was not going to get to stick his dick inside her and to stop.

The suspect pulled her pants off and pinned her down to the bed. She was lying on her back and attempted to keep her legs closed. The suspect wedged his knees in-between her legs and forced her legs open. The suspect also forced her arms over her head and held her down on the bed.

The suspect penetrated her vagina with his penis and eventually ejaculated inside of her.

The victim immediately got dressed and fled the area.

The victim told me that she did not report this incident earlier, because she was ashamed and did not want anyone to know.

The victim told me that she knows the suspect well and can easily identify him. He was described as being a black male, 6`1, slim with an athletic build, and was bald. His name is Oronde Sinkfield with a birthdate of either 09/06/1978 and/or 09/06/1979. He had a possible phone number of 404-492-4343.

The victim does not know what room this incident occurred in and told me that the room was rented by a friend of the suspects. She did not know the friends name.

I called Detective A. Ward and notified her about this incident. I told her that this was a belated report and that the rape occurred several months ago. There was no crime scene and a sexual assault kit was not completed at the time of the incident.

Detective Ward confirmed that she would follow-up with the victim as soon as possible.

# REPORTING OFFICER NARRATIVE

| *Fulton County Police Department* | | OCA *2023-000240* |
|---|---|---|
| Victim *COOK, CHARMAINE* | Offense *RAPE* | Date / Time Reported *Thu 03/02/2023 14:26* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

A victim rights pamphlet was issued.

# Incident Report Suspect List

*Fulton County Police Department*

OCA: *2023-000240*

| 1 | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| | *SINKFIELD, ORONDE* | | *1984 HOWELL MILL RD NW - 20301*<br>*ATLANTA, GA 30318*<br>[redacted] |
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted]*1978* | *44* | *B* | *M* | *N* | *603* | *217* | *BLK* | *BRO* | *LGT* | [redacted]*GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Fulton County Police Department* OCA: ***2023000240***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *10/07/2022*

**Offense:** *RAPE*

**Investigator:** *WARD, A. (FCPD1262)* **Date / Time:** *03/06/2023 15:32:39, Monday*

**Supervisor:** *CUTRONEO, A. P. (FC13013)* **Supervisor Review Date / Time:** *03/08/2023 12:59:39, Wednesday*

**Contact:** **Reference:** *Supplemental*

On 3/6/2023 I spoke with Charmaine Cook regarding the report taken by Sgt. Webb.

An in-person interview is set for next Tuesday, 3/14/2023 at 10 o`clock am.

After speaking with Ms. Cook I spoke with the Chief ADA over SA crimes, Yolonda Mack regarding this matter.

Ms. Mack agreed that due to the lack of tangible evidence (i.e SA kit, photos of injuries, DNA from paternity test) she didn`t see this as a case she would likely try.

I contacted the suspect, Mr. Sinkfield and informed him that I was investigating an allegation of assault that occurred in October of 2022 involving Ms. Cook.

Mr. Sinkfield quickly stated that he was acquainted with Ms. Cook but hadn`t spoken with her in months after he blocked her phone number due to receiving numerous threatning texts and voicemails.

Mr. Sinkfield agreed to come to Major Case Headquarters to be interviewed and an appointment time has been set for March 8, 2023 at 10 o`clock am.

Mr. Sinkfield was also instructed to bring all evidence regarding any and all threats he received from Ms. Cook, and if they were no longer available to contact his phone provider to receive a copy of his messages and voicemails.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT



*Fulton County Police Department* OCA: ***2023000240***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *10/07/2022*

**Offense:** *RAPE*

**Investigator:** *WARD, A. (FCPD1262)* **Date / Time:** *03/13/2023 15:06:38, Monday*

**Supervisor:** *CUTRONEO, A. P. (FC13013)* **Supervisor Review Date / Time:** *03/14/2023 17:22:50, Tuesday*

**Contact:** **Reference:** *Supplemental*

On March 8, 2023 I conducted an interview with Mr. Oronde Sinkfield in regards to the allegations made by Ms. Charmaine Cook.

Mr. Sinkfield arrived to Major Case Headquarters at 10 o`clock am and consented to be interviewed.

***(Technical issues with the DVD player so the interview was recorded on body camera and later labeled under this case number)***

According to Mr. Sinkfield he met Ms. Cook a couple of years ago at a video shoot for the rap group Migos.

Mr. Sinkfield stated that they stayed in touch and would hang out sometimes but were never intimate until November of 2022.

Mr. Sinkfield stated that after he separated from his children`s mother he obtained a room at 4100 Wendell Drive at the Economy Lodge.

Mr. Sinkfield said that the last time he saw Ms. Cook was in November when she came to his hotel room around 3 a.m ( exact date not recalled).

Mr. Sinkfield said that the two were intimate and that he was the one who initiated the act.

I asked Mr. Sinkfield if Ms. Cook seemed uncomfortable or asked him to stop at any point and he stated that she hadn`t but that she did step out of her pants legs as he began to pull them down.

Mr. Sinkfield said that Ms. Cook always carries a firearm and had it present with her when she came to the room that morning.

I asked Mr. Sinkfield what happened after they had sex and he stated that Ms. Cook stayed with him until at least 7 p.m that evening and that they engaged in sex once more.

When asked if Ms. Cook made any claims of sexual assault before leaving the hotel room , Mr. Sinkfield alluded to Ms. Cook being capable of defending herself through use of her firearm.

I asked Mr. Sinkfield when was the last time he spoke with Ms. Cook and stated in November before he changed his

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT



*Fulton County Police Department* OCA: **2023000240**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *10/07/2022*

**Offense:** *RAPE*

**Investigator:** *WARD, A. (FCPD1262)* **Date / Time:** *03/13/2023 15:06:38, Monday*

**Supervisor:** *CUTRONEO, A. P. (FC13013)* **Supervisor Review Date / Time:** *03/14/2023 17:22:50, Tuesday*

**Contact:** **Reference:** *Supplemental*

phone number due to the numerous threatening calls and voicemails he had received from Ms. Cook.

On his cellphone Mr. Sinkfield was able to produce a total of six lengthy voicemails in which Ms. Cook is heard directly and indirectly threatening Mr. Cook and demanding for him to call her back.

In one recording Ms. Cook states that if Mr. Sinkfield doesn't return her phone call she will come looking for him and become very disrespectful towards him if found.

On another recording Ms. Cook states that there is nothing Mr. Sinkfield can do to her and that she will defend herself because she's "not a scary bitch" so he better return her call before she gets real disrespectful.

The voicemails continue with Ms. Cook yelling into the phone and alleging that Mr. Sinkfield has placed some form of root magic on her and that he better help remove this child out of her (through abortion).

There is never any mention of a sexual assault nor is there any type of indication that Ms. Cook was in fear of her life in the voicemails she left on Mr. Sinkfield's phone.

Copies of the voicemails were sent to my county email and will be uploaded to a disk and placed into evidence.

The investigation is ongoing as Ms. Cook is scheduled for an interview on 3/14/2023 at 10 am.

Investigator Signature Supervisor Signature

# CASE SUPPLEMENTAL REPORT



*Fulton County Police Department* OCA: *2023000240*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *10/07/2022*

**Offense:** *RAPE*

**Investigator:** *WARD, A. (FCPD1262)* **Date / Time:** *04/04/2023 09:54:30, Tuesday*

**Supervisor:** *CUTRONEO, A. P. (FC13013)* **Supervisor Review Date / Time:** *04/05/2023 14:52:49, Wednesday*

**Contact:** **Reference:** *Supplemental*

On March 14, 2023 Ms. Charmaine Crook arrived to Major Case headquarters to be interviewed.

Ms. Crooks interview was captured on body camera due to technical difficulties with the interview room DVD player (please see recording for a detailed account of the interview ).

After speaking with Ms. Cook I spoke with the Fulton County Chief ADA over Sexual Assault crimes, Yolonda Mack regarding this matter.

Ms. Mack agreed that due to the lack of tangible evidence (i.e SA kit, photos of injuries, DNA from paternity test) she didn`t see this as a case she would try.

On March 21, 2023 I was contacted by Ms. Crooks and informed that she was currently at an abortion clinic out of state.

Ms. Crooks wanted to know whether she needed to have a DNA sample of the fetus sent to me for evidence.

I informed Ms. Crooks that wouldn`t be necessary as a DNA sample would only be needed if Mr. Sinkfield had denied that intercourse had occurred.

Due to insufficient proof to support Ms. Crooks claim of rape, charges against Mr. Sinkfield will not be sought at this time, Ms. Crook was informed of this during our phone conversation.

An Inactive letter will be sent to the complainant`s address on file.

Case status will be changed to Unfounded.

Investigator Signature Supervisor Signature

# Incident Report Suspect List

*Fulton County Police Department*

OCA: *2023-000240*

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | *SINKFIELD, ORONDE* | | [redacted] *20301*<br>*ATLANTA, GA* [redacted] |
| | Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted]*1978* | *44* | *B* | *M* | *N* | *603* | *217* | *BLK* | *BRO* | *LGT* | [redacted] *GA* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

When she left the hotel room
What did you do?

After she left the hotel when
was the next time you spoke or
saw each other?

Did she ever try to contact you
to talk about being raped or
the existence of a baby?

Do you have any voicemails, or
messages preserved from her

Asked for $ for abortion in
November

Ms. Sinkfield
404 749 - 8881

Last time they had relations was
in November
- She came to the hotel around
3AM & spent the night

Nov - Threatned to shoot him if
provoked or if she sees him
States that she is reckless
& that he needs to call her ASAP
bc she's pissed off

States that he can't do anything to
her bc she will defend herself
bc she's not a scary bitch
So he needs to call her b4 she
gets disrespectful

When did the conversation occur in which you said this was not consensual

Why did you go speak w/ the suspects mother but not the police

~~When did you~~

Claims she found out the week of Nov 21 or the 28 (week of thanksgiving) @ 7 weeks

Should be 22 weeks pregnant
5mo c̄ 2weeks

When did the law go into effect in Ga

Urcndc Sinkfield

States that if he doesn't call her back she will come looking for him

Demands help to get "rid" of the baby - abortion

Tells him to fix this situation bc she doesnt want him or the baby

Plays an entire song on voicemail that says you can't make me love you

Nov 24 1st voicemail

GA has a ban @ 6 weeks unless there is a police report of incest or rape? c

Florida has a ban @ 15 weeks & only if there is a lethal fetal anomaly - meaning there is a certainty of death for either the mother

After she left the hotel, when was the next time you guys spoke and what was it about?

Vitals reviewed.

Estimated Gestational Age: 10w5d by Ultrasound
Gestational age by LMP: 9w6d
Post-fertilization age: 8w5d

**Medication Abortion**
Performed by: **Sara Shunkwiler, MD**
Authorized by: **Sara Shunkwiler, MD**

Assessment of eligibility for Medication Abortion:
**Confirmed patient has no contraindications to medication abortion (Patient's name and/or ID band checked. Lastly, in my clinical assessment I have determine this fetus is not viable based on accepted obstetrical and neonatal standards of care and practice.)**
Special conditions for medication abortion: **No**
Consent:
**Confirmed that informed consent was obtained**
**Patient questions answered**
**Patient agrees, verbalizes understanding, and wants to proceed (Handout 47 Abortion Care and Handout 52 Opioid Alternative AHCA both given to patient.)**
**State-required consent form completed**
Procedure details:
Medication abortion procedure: **medication abortion with intrauterine pregnancy**
Complications: **none**
Plan for Medication Abortion Follow-Up:
Planned method of follow-up: **ultrasound**

Assessment/Plan

Birth Control Method:
Contraindications: **no contraindications to birth control method ordered today**
Special conditions: **no special conditions for birth control method ordered today**
Treatment:
Contraindications: **no contraindications to treatment**
Special conditions: **no special conditions for treatment**
Future Procedure:
Contraindications: **no contraindications to procedure**
Special Conditions: **no special conditions for procedure**
Diagnoses and all orders for this visit:
**Induced abortion (Primary)**
- Medication Abortion
- miFEPRIStone tablet 200 mg
- miSOPROStol (Cytotec) 200 MCG tablet Dispense: 8 tablet; Refill: 0

**Encounter for pregnancy test, result positive**
- promethazine (Phenergan) 25 MG tablet Dispense: 10 tablet; Refill: 0

**10 weeks gestation of pregnancy**

Patient Instructions

Zariah S at 12/7/2022 12:50 PM

**Abortion Pill Follow-Up**
Follow-up is important to make sure the pregnancy ended and you are well.

You have decided to follow up with an ultrasound at the health center.

Come back 1 to 2 weeks after you take mifepristone - between about 12/14/2022 and 12/21/2022.

Call us at 904-399-2800 if you need to change your appointment. If you have signs or symptoms of a continuing pregnancy or other problems, you can come back to the office sooner.

If you are not able to follow up as planned, please contact us.

Name: Charmaine Crook | DOB: 10/31/1991 | MRN: 2158000 | PCP:

# Appointment Details

## Notes

### Progress Notes

Sara Shunkwiler, MD at 12/7/2022 12:50 PM

**Procedure Orders**

1. Medication Abortion [6938026] ordered by Sara Shunkwiler, MD

Pre-procedure Diagnoses

1. Induced abortion [Z33.2]

Post-procedure Diagnoses

1. Induced abortion [Z33.2]

**Subjective**

Charmaine Crook is a 31 y.o. here for MAB

Day 2 MAB 10.5

Review of Systems
Constitutional: Negative.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for leg swelling and leg pain.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Endocrine: Negative for cold intolerance and heat intolerance.
Genitourinary: Negative for pelvic pain and vaginal bleeding.
Urinary: Negative for dysuria.
Breast: Negative for breast tenderness.

**Objective**

Physical Exam
Constitutional:
General: Not in acute distress.
Appearance: Normal appearance. Well-developed.

Cardiovascular:
Rate and Rhythm: Normal rate.
Pulmonary:
Effort: Pulmonary effort is normal.

Musculoskeletal:
Right upper arm: No edema.
Left upper arm: No edema.
Right upper leg: No edema.
Left upper leg: No edema.
Right lower leg: No edema.
Left lower leg: No edema.
Neurological:
Mental Status: Alert and oriented to person, place, and time.
Skin:
General: Skin is warm and dry.

Psychiatric:
Mood and Affect: Mood normal.

Name: Charmaine Crook | DOB: [redacted] | PCP:

# Appointment Details

**Some of this information might have changed since your visit. This is what your chart included on the day of your visit.**

Planned Parenthood
Planned Parenthood of South, East and North Florida

## AFTER VISIT SUMMARY

**Charmaine Crook** MRN [redacted] 12/20/2022 10:40 AM Jacksonville Health Center 904-399-2800

### Today's Visit

**You saw Shelly H Tien, MD on Tuesday December 20, 2022 for: MAB Follow-Up.**
**The following issues were addressed:**

- **(induced) termination of pregnancy with unspecified complications**
- **Failed attempted abortion**

### Done Today

**Pregnancy Ultrasound** for Failed attempted abortion

### What's Next

You currently have no upcoming appointments scheduled.

### MyChart

**View your After Visit Summary and more online at** https://www.myplannedparenthoodchart.org/mychart/.

Name: Charmaine Crook | DOB: [redacted]/1991 | [redacted] | PCP:

# Appointment Details

## Notes

### Telephone Encounter

Amayrani R at 12/13/2022 1:45 PM

called patient to confirm us fu , patient stated the pills did not work and she could feel movement. Stated she passed a blood clot and bled/cramp after the second dose and light spotting after. Let pt know we would like to see her 12/14 @12pm and patient stated they were in miami and could not come here until her fu appt let her know SAB might be needed patient said she absolutely did not want the surgical procedure or anyone going inside because she's already a high pregnancy and she'd rather do something else. Patient also stated something about a rhogram shot. Patient commented that she could not find a driver if she needed procedure as no one knows this is happening and the pregnancy was forced, patient said she had intercourse with a friend and he forced himself on her which resulted in the pregnancy but would try to find someone but likely not. Let patient know we can talk about next steps on 12/20.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

2023-000240
F.d Grande Sinkfield
- NAME-
- DOB - 9/6/78
- Highest Level of Education-
Some college
- Currently under the influence of any legal/illegal substance
NO

Georgia, Fulton County

# YOUR RIGHTS

PLACE : 4701 Fulton Industrial Blvd

DATE : 3/8/23

TIME : 1021

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say will be used in court as evidence against you.

You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you without cost and he may be present at all times during your questioning.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering any time until you talk to a lawyer.

Do you understand these rights?

---

# WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

Signed [signature] Time : 10:22 A.M.

Witness [signature]

Witness ______________

**<u>Documents handed to Fulton County Police Department as of December 29, 2025</u>**

1. Jacksonville's Planned Parenthood notes
2. Informal Complaint [9/09/2023]
3. Demand letter, Invoice, & Affidavit copy [10/04/2025]
4. Arrest & Detainment Agreement
5. Newfound Evidence Packet [12/16/2025]
6. Newfound Evidence Affidavit[12/16/2025]
7. Email sent to Yolanda Mack receival confirmed 11/14/2023. [9/09/2023]
8. Captain Alexander Transcript (sound and reasonable mind)
9. Notes from 11/03/2022 sent to Captain Alexander via email. [11/06/2025]
10. New Invoice [12/16/2025]




The Atlanta Journal-Constitution

Police obtain warrants, identify suspects in Milton shooting

Police in Milton have obtained arrest warrants for two men they believe were involved in a June shooting.

Oronde Sinkfield, 39, of Atlanta, and Adonte Isaac, 32, of Lithonia, are wanted by Milton police and face charges of aggravated assault, possession of a firearm by convicted felon, possession of a firearm and discharging a firearm on a city street.

Advertisement

Advertisement

**>the case that pushed Paul Howard out of the District Attorney's office and made Fani T. Willis District Attorney. When Nathan Wade became Oronde's attorney because they didn't trust Fani to be his criminal defense attorney so this is the case where it was cultivated to make Fani "liable" for everything she do for them(QC). "if she really wanna be down with y'all, make her LIABLE for everything she do for y'all, send her back to the "inside" so she can stop anything from the outside getting inside." [not a "hearsay" statement.]**



***** INVOICE ATTACHED, IF INVOICE IS NOT FULFILLED THEN A "STATE TORT CLAIM" WILL BE FILED AGAINST CAPTAIN ROCHELLE ALEXANDER & FULTON COUNTY POLICE DEPARTMENT IN THE *AMOUNT OF $614,411.19 FOR VIOLATING GEORGIA'S CRIME VICTIM RIGHTS, TORMENT, AND WILL SEEK CIVIL REMEDY FOR THE PAIN AND SUFFERING CAUSED FROM THE DEPARTMENTS INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS & INTENTIONAL GROSS NEGLIGENCE IN THE CONSPIRACY AGAINST RIGHTS UNDER COLOR OF LAW AND DEPRIVATION OF RELIEF BENEFITS FROM THE OBSTRUCTION OF JUSTICE, ABUSE OF OATH, AND PROHIBITED ACTIVTIES THAT HAS TRANSPIRED VIOLATING CLEARLY ESTABLISHED LAWS. PROCEDURAL ERRORS WERE MADE. A MANIFEST INJUSTICE HAS OCCURRED. CIVIL RIGHTS HAVE BEEN VIOLATED. INALIEABLE RIGHTS CANNOT BE MISCONTRUED.******

# AFFADAVIT IN SUPPORT/CERTIFICATE OF SERVICE

I, **CHARMAINE C. CROOK** *(complainant/victim),* hereby declare that the information provided is true and accurate to the best of my knowledge, and that I am stating facts I personally know to be true. I am the victim in case no:. ***2023000240 filed in Fulton County Police Department database.***

1. This affidavit of service is in regards to the following documents being hand delivered and filed in United District Court Northern District of Georgia, Atlanta Division attached to a "civil complaint" for damages with "demands" for a "JURY TRIAL."
    a. "Newfound Evidence" [EXHIBITS] packet containing;
        i. Deposition Transcript from 3/8/2023 of Oronde Sinkfield
        ii. Deposition Transcript clips from 3/14/2023 of Charmaine Crook
        iii. Transcript of Yolanda Mack's podcast appearance
        iv. Photocopy of Yolanda Mack podcast appearance December 2023
        v. Photocopy of both depositions obtained by Fulton County Police Department's Alexandria Ward
            1. Oronde Sinkfield 3/8/2023
            2. Charmaine Crook 3/14/2023
        vi. Charmaine Crook's income changes /loss of income (proof of incident occurrence)
        vii. Bank record of U-Haul rental purchase for Oronde Sinkfield by Charmaine Crook.
        viii. Proof of "Time Known"
        ix. Positive pregnancy test photo and forensic data
        x. Charmaine Crook's 10/31/22-11/01/22 alibi
        xi. Jacksonville, FL Planned Parenthood clinic documents December 2022
        xii. Notes from Charmaine Crook on November 3, 2022
        xiii. Arrest and Detainment Agreement
        xiv. Violation of "clearly established" laws list
        xv. Cross examination findings

xvi. Proof of "Confession" obtained and "Incriminating Statements" made by Oronde Sinkfield

b. Motion for Equitable Tolling

c. Order granting plaintiff's Motion for Equitable Tolling

d. Application to proceed in district court without prepaying fees or cost.

*Charmaine C. Crook*
*Prettiegrl40414@gmail.com*
*678-629-9233*
*3875 Bakers Ferry Rd SW*
*Atlanta, Ga 30331*

*Respectfully Submitted,*

**CHARMAINE C. CROOK**

**Plaintiff/ In Propia Personam**

**Date:** 12/31/25

*Witness my signature this 31st day of* ***December 2025.***

***Notary:***

Sworn to and subscribed before me, this the 31 day of December, 2025

My Commission Expires: 11/25/2028

C GARDNER
DEKALB COUNTY, GA
NOTARY PUBLIC